LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ONE-GO-EVENTS BENELUX BV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ONE-GO-EVENTS BENELUX BV,

                    Plaintiff,

- against -

JAM EXHIBITIONS, LLC,

                    Defendant.
------------------------------------------------------------X

**ECF CASE**

07 Civ. 8185 (PKL)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff ONE-GO-EVENTS BENELUX BV, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

Dated: New York, New York
September 19, 2007

                    LYONS & FLOOD, LLP
                    Attorneys for Plaintiff
                    ONE-GO-EVENTS BENELUX BV

                    By: _/s/ Kirk M. Lyons_____
                    Kirk M. Lyons (KL-1568)
                    65 West 36th Street, 7th Floor
                    New York, New York 10018
                    (212) 594-2400