```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

ONE-GO-EVENTS BENELUX BV,

                   Plaintiff,

          - against -

JAM EXHIBITIONS, LLC,

                   Defendant.

--------------------------------------------------------------- x

Index No. 07-CV-8185 (PKL)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff One-Go-Events Benelux BV and counsel for Defendant Jam Exhibitions, LLC as follows:

    (1)    DLA Piper US LLP has agreed to accept service of the Complaint in this action on behalf of Defendant effective as of September 25, 2007.

    (2)    Defendant's time to answer, move or otherwise respond to the Complaint is extended through and including November 26, 2007.

    (3)    Nothing set forth in this Stipulation shall be deemed to waive, prejudice or otherwise affect Defendant's right to assert any defenses or affirmative defenses in this action, including but not limited to, personal jurisdiction, standing or failure to state a claim.

    This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation. For the purposes of this Stipulation, copies of signatures shall be deemed originals.

Dated: September 26, 2007
     New York, New York

LYONS & FLOOD, LLP

By: *[signature]*
Kirk M. Lyons (KL 1568)
65 West 36th Street, 7th Floor
New York, NY 10018
212-594-2400

*Attorneys for Plaintiff One-Go-Events Benelux BV*

DLA PIPER US LLP

By: *[signature]*
Megan Shea Harwick (MH 4372)
1251 Avenue of the Americas
New York, New York 10020-1104
212-335-4500

*Attorneys for Defendant Jam Exhibitions, LLC*

SO ORDERED:

*[signature]*
U.S.D.J.
10/3/07

2