UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
ONE-GO-EVENTS BENELUX BV,

                        Plaintiff,

            - against -

JAM EXHIBITIONS, LLC,

                        Defendant.

---------------------------------------------------------------- x

Index No. 07-CV-8185 (PKL)

ECF Case

NOTICE OF DEFENDANT
JAM EXHIBITIONS, LLC'S
MOTION TO DISMISS

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Jam Exhibitions, LLC's ("Jam") Motion to Dismiss Plaintiff One-Go-Events Benelux BV's ("One-Go") Complaint, Affidavit of Arny Granat, sworn to on November 25, 2007, Affirmation of Megan Shea Harwick, dated November 26, 2007, accompanying exhibits and all other papers and proceedings in this matter, Defendant Jam, by their undersigned attorneys DLA Piper US LLP, will move this Court, before the Honorable Peter K. Leisure, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007 on a date to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing One-Go's Complaint in this action for failure to state a claim, or in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 26, 2007

                    DLA PIPER US LLP

                    By: _____
                          Megan Shea Harwick

                    1251 Avenue of the Americas
                    New York, New York  10020
                    (212) 335-4500

                        - and -

                    William A. Rudnick
                    230 North LaSalle Street
                    Suite 1900
                    Chicago, IL  60601
                    (312) 368-4000

                    Attorneys for Jam Exhibitions, LLC