UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ONE-GO-EVENTS BENELUX BV,          :     Index No. 07-CV-8185 (PKL)
                                   :
                    Plaintiff,     :     ECF Case
                                   :
        - against -                :
                                   :
JAM EXHIBITIONS, LLC,              :     DEFENDANT JAM
                                   :     EXHIBITIONS, LLC'S
                    Defendant.     :     RULE 7.1 STATEMENT
                                   :
------------------------------------------------------------------ X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Jam Exhibitions, LLC (a private non-governmental party) hereby certifies that there is no parent corporation or any publicly-held corporation that owns 10% or more of its stock.

Dated: November 26, 2007
       New York, New York

                                      DLA PIPER US LLP

                                      By: _____
                                           Megan Shea Harwick
                                    1251 Avenue of the Americas
                                    New York, New York 10020
                                    (212) 335-4500
                                         - and -
                                    William A. Rudnick
                                    230 North LaSalle Street
                                    Suite 1900
                                    Chicago, IL 60601
                                    (312) 368-4000

                                    Attorneys for Jam Exhibitions, LLC