USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

# LYONS & FLOOD, LLP

### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



RECEIVED
CHAMBERS OF

DEC 13  2007

PETER K. LEISURE
U.S.D.J./S.D.N.Y.

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

December 14, 2007

**MEMO ENDORSED**

**BY MESSENGER**

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl St., Room 1910
New York, NY 10007

Re:     One Go Events Benelux BV v. Jam Exhibitions, LLC
        <u>07 Civ. 8185 (PKL)</u>
        Our file:  2641002

Dear Judge Leisure:

We are attorneys for plaintiff in this breach of contract action and write to request a brief additional extension of the briefing schedule for defendant's motion to dismiss which was filed on November 26, 2007.

We had previously requested, and you had granted, a one week extension until December 14, 2007, for plaintiff to file its opposition to defendant's motion to dismiss. Due to the press of other business, we are now requesting that plaintiff be given an additional extension until December 20, 2007.

We have conferred with defendant's counsel regarding this request, but they have declined to consent to this adjournment, stating they "have not been able to get client approval on this and so … cannot agree to the extension."

We note that plaintiff had previously granted defendant a sixty (60) extension of the time to respond to plaintiff's Complaint, which time defendant used to prepare its motion to dismiss.  In all fairness, we believe plaintiff should be granted the brief six (6) day extension it is requesting.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
9 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Kirk M. Lyons

**BY E-MAIL**                           **megan.shea@dlapiper.com**

cc:     DLA Piper US LLP
        1251 Avenue of the Americas
        New York, New York 10020

        Attn:   Megan Shea Harwick, Esq.

U:\kmhldocs\2641002\Correspondence\leisure 02 ltr.doc

Plaintiff's request to extend the time to file its opposition to
defendant's motion to dismiss is GRANTED. Plaintiff must file
its opposition by December 20, 2007.

**SO ORDERED.**
**New York, New York**
December 17, 2007

U.S.D.J.

- 2 -