LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ONE-GO-EVENTS BENELUX BV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONE-GO-EVENTS BENELUX BV,　　　　　　　　　　　　　　**ECF CASE**

　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　07 Civ. 8185 (PKL)

　　- against -

JAM EXHIBITIONS, LLC,

　　　　　　　　　　　Defendant.
------------------------------------------------------------X

## NOTICE OF CROSS MOTION FOR LEAVE TO AMEND THE COMPLAINT

SIRS:

　　PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Jon Werner with Exhibits, dated December 20, 2007, the Affirmation of Paul Koster with Exhibits, dated December 12, 2007, the Memorandum of Law in support, and all the pleadings and proceedings had herein, the undersigned will cross-move this Court before the Honorable Peter K. Leisure at the United States District Courthouse, located at 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order granting plaintiff leave to amend the Complaint and for such other and further relief as the Court may deem just and proper.

Dated: December 20, 2007

                                          LYONS & FLOOD, LLP
                                          Attorneys for Plaintiff
                                          ONE-GO-EVENTS BENELUX BV

By:     /s/ Jon Werner
                                          Jon Werner (JW-5000)
                                          65 West 36th Street, 7th Floor
                                          New York, New York 10018
                                          (212) 594-2400

U:\kmhldocs\2641002\Motions\NOM-Opp-dismiss.doc

## CERTIFICATE OF SERVICE

Jon Werner, an attorney duly admitted to practice before this Honorable Court, affirms on this 20th day of December 2007, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, and by e-mail to:

> DLA Piper US LLP (NY)
> Attorneys for Defendant JAM EXHIBITIONS, LLC
> 1251 Avenue of the Americas
> New York, NY 10020
>
> Attn:   Megan A. Shea Harwick
> megan.shea@dlapiper.com

_____
Jon Werner

U:\kmhldocs\2641002\Motions\NOM-Opp-dismiss.doc