# EXHIBIT A

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:14 AM
**To:** Ton Jumelet
**Subject:** FW: BODIES St Petersburg

**From:** <Pacozimm@aol.com>
**Date:** Tue, 9 Jan 2007 12:58:07 EST
**To:** <paul@one-go-events.ru>
**Subject:** BODIES St Petersburg

Paul,

Happy New Year
I hope you are doing well
I would like to discuss the possibilities for a BODIES Exhibition in St Petersburg at you earliest convenience.

We have an exhibition available from May 1 2007

We need plan layout and photos of prospective venues
Expenses

Please call me at

401 294 5992 (O)
401 524 7809 (C)

Best Regards
P