# EXHIBIT B

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:15 AM
**To:** Ton Jumelet
**Subject:** FW: Russia - St.P.

**From:** <Pacozimm@aol.com>
**Date:** Fri, 12 Jan 2007 11:18:36 EST
**To:** <paul@one-go-events.ru>
**Cc:** <Bruno.de.Haas@fbevents.nl>
**Subject:** Re: Russia - St.P.

In a message dated 1/12/2007 9:30:32 A.M. Eastern Standard Time, paul@one-go-events.ru writes:

> Good morning Paco,
>
> Well...maybe, just maybe: we can help you out!
> It's all depending on a little bit of luck, we just have to cross our
> fingers.
>
> Attached is a memo, Olga and Tatyana -they just dropped their usual work-
> wrote after visiting today the BEST option in St.P. The content might be
> interesting :-)
> Also attached some pictures of this venue. And I will send you a second mail
> with additional info in a minute or so.
> Rent might be interesting: I don't want to make you happy right a way, but
> we will know in short notice. (1 Rubble to the dollar: 0.037610 USD)
>
> A different option will be to rent 'square meters' in the mega stores, which
> just opened, just outside St.P. (On my last visit I had the chance to go
> over and was impressed by the huge set up and attendance.
>
> Not, to loose any valuable time we already send your letter (of yesterday)
> to the managements of these locations. We can't push anymore, and just have
> to be patient!
> But, we are continuing our search in Moscow as well at the moment. I think
> we all want to be successful bringing this exhibition to Russia. The event
> has great chances, NOT ONLY in St.Petersburg and Moscow...bare this in mind.
>
> That's it for the moment. Although, I would like to suggest to start
> discussing our (possible) service.
>
> What can we offer (roughly):
>
> *   Russian 'identity' = 'Ltd' (necessary to do business)
> *   marketing and PR
> *   ticketing: set up and assistance
> *   production assistance
> *   security
>
> Basically everything you need on local services to be successful in the
> local Russian market. You bring in the content and we can provide you with
> the rest.
> No need to say, we would like to have exclusivity to be your partner in
> Russia.
>
> I think, this will be it for now, and the best we could do in such a short
> notice!
> Waiting for your initial reaction.
> Best,
> Pk

The sports stadium looks like a great venue. We would need 2,000 sq meters. If you could get the rent at 30,000 per day it would be $ 1,128.30 per day. Would this include utilities (power, lights, heat etc.) If not the rent is expensive. It would be $172,629.90 for the five

month period between May 1 and Sept 30.
Would we pay rent for 10 days load in and 7 days load out.

Lets see if we can get this to work.
There are many details to discuss .

I would like to do a business plan ASAP, but need more input from you.
Are there any taxes?
All costs: Ticketing (what company)
What is the hourly wage we will pay for operations personnel?
House Manager
Security
Permits
Marketing and Promotion (what would be your budget for 5 months)
Sponsor opportunities
etc.

You would be our exclusive partner in Russia.
The deal would be one-go would receive 1/3 of the profit after Premier share.
JAM/CPI 2/3 after Premier share.
The risk would be the same percentage as the profit share.

Let's do it
P