# EXHIBIT C

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:17 AM
**To:** Ton Jumelet
**Subject:** FW: Bodies - Stachek47 - budget (remarks)

**From:** <Pacozimm@aol.com>
**Date:** Wed, 7 Feb 2007 22:18:01 EST
**To:** <paul@one-go-events.ru>
**Subject:** Re: Bodies - Stachek47 - budget (remarks)

In a message dated 2/7/2007 10:48:52 A.M. Eastern Standard Time, paul@one-go-events.ru writes:

> Hello Paco,
>
> Part two of today, about my remarks in general:
>
> * Ticket prices: in general OK, but seniors and children are really USED to very cheap ticket prices. I noticed you used 15% of the turnover in these cells, so it's not a huge percentage. We should discuss (again) with my local staff a different price setting or "?".
> Students (?): not mentioned: possible 8 - 10 Euros. Please add 'cell'.
>
> * I didn't use additional possible income in my sheets (I simply can't judge) I will leave the figures in 'Sub Total Ancillary'
>
> * Start up costs > installation 252k. What about our running office costs in St.Petersburg? Please advise.
>
> * Venue construction: might be considerably lower. Read and discuss 'rider' first: what's actually needed.
>
> * I presume we will provide you with rather cheap staffing. At least 'reliable' people is necessary.
>
> * Production related: we have to discuss this face-to-face. Local costs might be (much) cheaper as expected. But, we really need to sit down and translate the rider into 'costs'.
>
> * Marketing: Ok, but also tbd after meeting(s) with AD & PR agency next week;
>
> * Admin-other costs > I presume costs for credit card services and (internet) related costs. You do have to understand, a few Russians do have credit cards. Almost all the ticket will be sold as CASH.
> Costs related to this cell might be less, but day time security might be higher. Let's discuss face-to face.
>
> * I won't count on too much 'audio rent'...prices are NOT cheap for locals, but anyway...
>
> * Sheet 'cash phasing' > expenses are taken average over the 6 months. Cash (cost) wise, it will differ. How are we gonna structure the finance?
>
> * We (probably) have a solution to transfer your shares to your bank account. Let's discuss face-to face.
>
> * Also -again- what about office/start up costs One-GO?
>
> * Sheet: Sensitivity/Break evens. Etc. > no link to go to (of course), but are we dealing in the future with actuals or fixed costs up front?
>
> * Local -labor- costs > just count on my Excel sheet on daily - or monthly rates. We just have to add some percentage (15% presumable) to pay taxes, take the risk and finance, etc. As I explained earlier in my mails, it will

be done by an separate company.

\* no insurances? Probably 'some where' in your costs.

That's it for now.

As I have to use my mobile now, maybe it would be handy to 'study' my mails first and discuss via office phone tomorrow all required details.
Please advise.

Warm regards,
Pk

I will make some changes based on your comments
I will send you a revised BP