# EXHIBIT D

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:18 AM
**To:** Ton Jumelet
**Subject:** FW: BODIES St. Petersburg
**Attachments:** Bodies-fc-StPetersburg-07-02-20.xls

**From:** <Pacozimm@aol.com>
**Date:** Fri, 9 Mar 2007 12:13:29 EST
**To:** <paul@one-go-events.ru>
**Subject:** BODIES St. Petersburg

Dear Paul,

Per our conversation I will outline what we have determined would be an acceptable arrangement for us to present BODIES in St Petersburg. There is a degree of anxiety from our principals regarding the overall risk in Russia, real or perceived. The main point being how do we insure that we can get our revenue out of Russia.

I believe we can overcome this lack of confidence in the following way.

Option 1
The guarantee to Premier of $500,000 USD would be transferred to us prior to moving the Exhibition to St Petersburg. One-go would assume 100% of the risk and advance all the monies needed for start-up, production and marketing. Per the attached business plan the cash prior to opening would be approximately 860,000 euros including the $500,000 guarantee.

For that consideration One-go will recoup all first monies up to the risk amount. At that point
the spilt would be,as stated in the BP

50% Premier
The remaining 50% would be spilt.
66.66% JAM/CPI
33.33 One-go.

The business plan attached shows One-go profit at the forecast of  413,000 euros.

I believe the only risk on our part is perceived and not real, but this will alleviate the hesitance of our principals to "do business in Russia"
If we believe we can do 112,000 people to break even.
Additionally I believe with the initial success of St Petersburg we can pursue more cities in Russia and lock in the exhibition in your territory for the next two years. I would be happy to put that option in our agreement


Option 2

Transfer $166,666 USD to us prior to moving the exhibition to St Petersburg

One-go would assume 20% of the risk. One-go would advance and pay for all set up, production and marketing. For this consideration One go would receive 20% of the profit after Premier share.

All risk monies would be recouped prior to profit distribution.
One-go would earn approximately 248,000 euros in this scenario at the forecast in the BP.

Your thoughts
P


AOL now offers free email to everyone.  Find out more about what's free from AOL at **AOL.com**
<http://www.aol.com?ncid=AOLAOF00020000000339> .

12/7/2007

## BODIES – THE EXHIBITION
### BUSINESS PLAN LOCAL CURRENCY — St. Petersburg, Russia

| | | | | |
|---|---|---|---|---|
| **VENUE** | | | Eurasia | |
| Start Date | | | Sat May 19/07 | |
| End Date | | | Sun Oct 21/07 | |
| | | | | |
| **LOCAL CURRENCY** | | | Euro | |
| FX Rate to $USD | | | 0.830000 | |
| | | | | |
| Hourly Capacity | | | 800 | |
| Hours per Day | | | 10 | |
| Days per Week | | | 7 | |
| Weekly Capacity | | | 56,000 | |
| # Of Weeks | | | 26 | |
| **Total RUN Capacity** | | | 1,454,880 | |

| | | | | |
|---|---|---|---|---|
| **Forecasted Attendance** | | | 300,000 | 21% |
| **Ticket Scaling** | | | | |
| 1 | Adults | 85.00% | 255,000 | |
| 2 | Seniors | 5.00% | 15,000 | |
| 3 | Children | 5.00% | 15,000 | |
| 4 | Private Groups | 3.00% | 9,000 | |
| 5 | School Groups | 2.00% | 6,000 | |
| 6 | | | – | |
| 7 | | | – | |
| 8 | | | – | |
| 9 | | | – | |
| 10 | | | – | |
| 11 | | | – | |
| 12 | | | – | |
| 13 | | | – | |
| 14 | | | – | |
| 15 | | | – | |
| | Total Attendance | 100.00% | 300,000 | |

| | **Ticket Prices** | Gross | Net of 0.00% | Net Gross |
|---|---|---|---|---|
| 1 | Adults | € 15.00 | € 15.00 | |
| 2 | Seniors | € 12.00 | € 12.00 | |
| 3 | Children | € 10.00 | € 10.00 | |
| 4 | Private Groups | € 12.00 | € 12.00 | |
| 5 | School Groups | € 10.00 | € 10.00 | |
| 6 | 0 | 0 | € 0.00 | |
| 7 | 0 | 0 | € 0.00 | |
| 8 | 0 | 0 | € 0.00 | |
| 9 | 0 | 0 | € 0.00 | |
| 10 | 0 | 0 | € 0.00 | |
| 11 | 0 | 0 | € 0.00 | |
| 12 | 0 | 0 | € 0.00 | |
| 13 | 0 | 0 | € 0.00 | |
| 14 | 0 | 0 | € 0.00 | |
| 15 | 0 | 0 | € 0.00 | |

| | **Net Ticket Revenues** | | | |
|---|---|---|---|---|
| 1 | Adults | 3,825,000 | 3,825,000 | |
| 2 | Seniors | 180,000 | 180,000 | |
| 3 | Children | 150,000 | 150,000 | |
| 4 | Private Groups | 108,000 | 108,000 | |
| 5 | School Groups | 60,000 | 60,000 | |
| 6 | | 0 | – | – |
| 7 | | 0 | – | – |
| 8 | | 0 | – | – |
| 9 | | 0 | – | – |
| 10 | | 0 | – | – |
| 11 | 0 | 0 | – | – |
| 12 | 0 | 0 | – | – |
| 13 | 0 | 0 | – | – |
| 14 | 0 | 0 | – | – |
| 15 | 0 | 0 | – | – |
| | SubTotal | 4,323,000 | 4,323,000 | avg net tkt 14.41 |

| **Ancillary Revenue** | | | | |
|---|---|---|---|---|
| Ticket Rights | | | – | |
| Local Sponsorship | | | – | |
| Audio Tour | € 5.00 | 15,000 | 45,000 | |
| Merchandise | € 1.00 | 300,000 | 300,000 | |
| Venue Revenue Sharing | | | – | |
| Catalogue Sales | | | – | |
| Other | | | – | |
| SubTotal Ancillary | | | 345,000 | |

| **TOTAL GROSS REVENUE** | | | 4,668,000 | |
|---|---|---|---|---|

| **Estimated Expenses** | | | | % Total Gro |
|---|---|---|---|---|
| **Startup Costs** | | | | |
| Venue rent | | | – | 0% |
| Marketing | | | – | – |
| Installation | | | (252,000) | (0) |
| Staffing | | | (4,150) | (0) |
| Venue – Construction | | | (150,000) | (0) |
| Venue – Operations | | | – | – |
| Production related | | | (35,000) | (0) |
| Admin–Other Costs | | | – | – |
| | | | (441,150) | -9% |
| **Operating Costs** | | | | |
| Venue rent | | | (120,000) | (0) |
| Marketing | | | (300,000) | (0) |
| Installation | | | (50,000) | (0) |
| Staffing | | | (133,800) | (0) |
| Venue – Construction | | | – | – |
| Venue – Operations | | | (36,400) | (0) |
| Production related | | | (26,000) | (0) |
| Admin–Other Costs | | | (97,814) | -2% |
| | | | (764,014) | -16% |
| **Total Expenses** | | | (1,205,164) | -26% |
| Guarantee to Premier [Exhibit Owner] – Local Currency | | | (415,000) | -9% |
| **PROFIT** | | | 3,047,836 | 65% |

BODIES - THE EXHIBITION  
BUSINESS PLAN $USD          St. Petersburg, Russia

$USD REPORTING PAGE
DO NOT TYPE ANYTHING ON THIS PAGE

| VENUE | | | Eurasia | | | |
|---|---|---|---|---|---|---|
| Start Date | | | Sat May 19/07 | | | |
| End Date | | | Sun Oct 21/07 | | | |
| | | | | | | |
| LOCAL CURRENCY | | | Euro | | | |
| FX Rate to $USD | | | 0.830000 | | | |
| | | | | | | |
| Hourly Capacity | | | 800 | | | |
| Hours per Day | | | 10 | | | |
| Days per Week | | | 7 | | | |
| Weekly Capacity | | | 56,000 | | | |
| # Of Weeks | | | 26 | | | |
| **Total RUN Capacity** | | | **1,454,880** | | | |
| | | | | | | |
| Forecasted Attendance | | | 300,000 | 21% | | |

**Ticket Scaling**

| # | Category | % | Attendance |
|---|---|---|---|
| 1 | Adults | 85.00% | 255,000 |
| 2 | Seniors | 5.00% | 15,000 |
| 3 | Children | 5.00% | 15,000 |
| 4 | Private Groups | 3.00% | 9,000 |
| 5 | School Groups | 2.00% | 6,000 |
| 6 | 0 | 0.00% | – |
| 7 | 0 | 0.00% | – |
| 8 | 0 | 0.00% | – |
| 9 | 0 | 0.00% | – |
| 10 | 0 | 0.00% | – |
| 11 | 0 0 | 0.00% | – |
| 12 | 0 0 | 0.00% | – |
| 13 | 0 0 | 0.00% | – |
| 14 | 0 0 | 0.00% | – |
| 15 | 0 0 | 0.00% | – |
| | Total Attendance | 100.00% | 300,000 |

**Ticket Prices**

| # | Category | Gross | Net of 0.00% | Net Gross | Local Currency – Euro | Var to Local Page, must be zero |
|---|---|---|---|---|---|---|
| 1 | Adults | 18.07 | $ 18.07 | | 15.00 | – |
| 2 | Seniors | 14.46 | 14.46 | | 12.00 | – |
| 3 | Children | 12.05 | 12.05 | | 10.00 | – |
| 4 | Private Groups | 14.46 | 14.46 | | 12.00 | – |
| 5 | School Groups | 12.05 | $ 12.05 | | 10.00 | – |
| 6 | 0 | – | $ – | | – | – |
| 7 | 0 | – | $ – | | – | – |
| 8 | 0 | – | $ – | | – | – |
| 9 | 0 | – | $ – | | – | – |
| 10 | 0 | – | $ – | | – | – |
| 11 | 0 0 | – | $ – | | – | – |
| 12 | 0 0 | – | $ – | | – | – |
| 13 | 0 0 | – | $ – | | – | – |
| 14 | 0 0 | – | $ – | | – | – |
| 15 | 0 0 | – | $ – | | – | – |

**Net Ticket Revenues**

| # | Category | | | | | |
|---|---|---|---|---|---|---|
| 1 | Adults | 4,608,434 | | 4,608,434 | 3,825,000 | – |
| 2 | Seniors | 216,867 | | 216,867 | 180,000 | – |
| 3 | Children | 180,723 | | 180,723 | 150,000 | – |
| 4 | Private Groups | 130,120 | | 130,120 | 108,000 | – |
| 5 | School Groups | 72,289 | | 72,289 | 60,000 | – |
| 6 | 0 | – | | – | – | – |
| 7 | 0 | – | | – | – | – |
| 8 | 0 | – | | – | – | – |
| 9 | 0 | | | – | – | – |
| 10 | 0 | | | – | – | – |
| 11 | 0 0 | | | – | – | – |
| 12 | 0 0 | | | – | – | – |
| 13 | 0 0 | | | – | – | – |
| 14 | 0 0 | | | – | – | – |
| 15 | 0 0 | | | – | – | – |
| | SubTotal | 5,208,434 | | 5,208,434 | 4,323,000 | – |
| | | | | avg net tkt 17.36 | #NAME? | #NAME? |

**Ancillary Revenue**

| | | | |
|---|---|---|---|
| Ticket Rights | – | – | – |
| Local Sponsorship | – | – | – |
| Audio Tour | 54,217 | 45,000 | – |
| Merchandise | 361,446 | 300,000 | – |
| Venue Revenue Sharing | – | – | – |
| Catalogue Sales | – | – | – |
| Other | – | – | – |
| SubTotal Ancillary | 415,663 | 345,000 | – |

| **TOTAL GROSS REVENUE** | **5,624,096** | | **4,668,000** | – |
|---|---|---|---|---|

**Estimated Expenses**                                                                    % Total Gross Revenues

**Startup Costs**

| | | | | |
|---|---|---|---|---|
| Venue rent | – | 0% | – | – |
| Marketing | – | 0% | – | – |
| Installation | (303,614) | –5% | (252,000) | – |
| Staffing | (5,000) | 0% | (4,150) | – |
| Venue – Construction | (180,723) | –3% | (150,000) | – |
| Venue – Operations | – | 0% | – | – |
| Production related | (42,169) | –1% | (35,000) | – |
| Admin–Other Costs | – | 0% | – | – |
| | (531,506) | –9% | (441,150) | – |

**Operating Costs**

| | | | | |
|---|---|---|---|---|
| Venue rent | (144,578) | –3% | (120,000) | – |
| Marketing | (361,446) | –6% | (300,000) | – |
| Installation | (60,241) | –1% | (50,000) | – |
| Staffing | (161,205) | –3% | (133,800) | – |
| Venue – Operations | (43,855) | –1% | (36,400) | – |
| Production related | (31,325) | –1% | (26,000) | – |
| Admin–Other Costs | (117,848) | –2% | (97,814) | – |
| | (920,499) | –16% | (764,014) | – |

| **Total Expenses** | **(1,452,005)** | **–26%** | **(1,205,164)** | – |
|---|---|---|---|---|
| Guarantee to Premier [Exhibit Owner] – Local Currency | (500,000) | –9% | (415,000) | – |
| **PROFIT** | | **3,672,092** | **65%** | **3,047,836** | – |

| | | | | | |
|---|---|---|---|---|---|
| Premier Exhibits first split | 50% | | 976,002 | 17% | 810,082 | – |
| Premier Exhibits second split | 60% | | – | | – | – |
| Premier Exhibits third split | 70% | | 1,204,061 | 21% | 999,370 | – |
| **Premier share profit** | | | **2,180,063** | **39%** | **1,809,452** | – |
| | | | | | | |
| CPI/Jam first split | 50% | | 976,002 | 17% | 810,082 | – |
| CPI/Jam second split | 40% | | – | | – | – |
| CPI/Jam third split | 30% | | 516,026 | 9% | 428,302 | – |
| **CPI/Jam share profit** | | | **1,492,028** | **27%** | **1,238,384** | – |
| | | | | | | |
| Estimated Project–Specific Overheads | | | (432,795) | –8% | (359,219) | 73,575 |
| | | | | | | |
| **CPI/JAM Net Profit** | | | **1,059,234** | **19%** | **879,164** | **73,575** |
| | | | | | | |
| Breakeven $$$ | | | 1,952,005 | 35% | 1,620,164 | – |
| **Breakeven tickets** | | | **112,433** | | **112,433** | – |
| | | | | | | |
| Checksum Profit | | | 3,672,092 | | 3,047,836 | – |
| Premier/CPI/Jam Share Profit | | | 3,672,092 | | 3,047,836 | – |
| Variance, must be zero | | | – | | – | – |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Ancillary Revenue**

| | | | | 6-MONTH RUN |
|---|---|---|---|---|
| | | | | **LOCAL CURRENCY SUBTOTALS** |

### TICKET RIGHTS

| | | | - | € 0.00 |
|---|---|---|---|---|

<span style="color:red">*Ticket Rights*</span>

### LOCAL SPONSORSHIP

<span style="color:red">*Local Sponsorship*</span>

### AUDIO TOUR

| | | | | |
|---|---|---|---|---|
| Revenue | | € 5.00 | 15,000 | € 75,000.00 |
| Audio rental wands | | | (30,000) | –€ 30,000.00 |
| Fixed Exp | | | | |
| Fixed Exp | | | | |
| Var Exp | | | | |
| Var Exp | | | | |
| Var Exp | | | | |
| Net Revenue for Calc | | - | | |
| Local Share | 0% | - | | |
| AUDIO TOUR NET | | | | - |

<span style="color:red">*Audio Tour*</span>

### MERCHANDISE

| | | | | |
|---|---|---|---|---|
| Revenue | | | 300,000 | € 300,000.00 |
| Fixed Exp | | | | € 0.00 |
| Fixed Exp | | | | |
| Fixed Exp | | | | |
| Var Exp | | | | |
| Var Exp | | | | |
| Var Exp | | | | |
| Net Revenue for Calc | | - | | |
| Local Share | | - | | |
| MERCH NET | | | | - |

<span style="color:red">*Merchandise*</span>

**Partners' Shared Revenue With Venue - Where Applicable**

| | Portion of Net Gross Ticket | Attendance 300,000 | |
|---|---|---|---|
| Adults | - | 85.00% | - |
| Seniors | - | 5.00% | - |
| Children | - | 5.00% | - |
| Private Groups | - | 3.00% | - |
| School Groups | - | 2.00% | - |
| - | - | 0.00% | - |
| - | - | 0.00% | - |
| - | - | 0.00% | - |
| - | - | 0.00% | - |
| - | - | 0.00% | - |
| Gross | - | 100.00% | - |

| Checksum BP-localCurr | - |
|---|---|
| Var, must be zero | - |

Venue is entitled to 100% of first   -   tickets.

| | - |
|---|---|
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| | - |
| Exclusive Venue Revenue | - |

| Checksum % of Attd | 0.00% |
|---|---|
| Gross X % | - |
| Var, must be zero | - |

**SHARED REVENUE**   -

| Attendance | Venue | Partners |
|---|---|---|
| 1 | 0% | 0% |
| Adjust As Per Contract > 150,000 | 70% | 30% |
| Adjust As Per Contract > 250,000 | 80% | 20% |
| Adjust As Per Contract > 350,000 | 85% | 15% |

| **PARTNER SHARE** | **20%** | >>>>>>> | - |
|---|---|---|---|
| VENUE SHARE | 80% | | - |
| Checksum total, must be zero | | | - |

**Venue Share Alternate Gross Calc Where Appicable**

| AGC Gross | - |
|---|---|
| Exps | |
| Exps | |
| Exps | |
| | - |
| 15% | - | >>>>>>>>>>>>>>>>>>>>>>>>>> | - |

<span style="color:red">*Partners' Shared Revenue With Venue - Where Applicable*</span>

### CATALOGUE REVENUE

| Revenue | | |
|---|---|---|
| Fixed Exp | | |
| Fixed Exp | | |
| Fixed Exp | | |
| Var Exp | | |
| Var Exp | | |
| Var Exp | | |
| Net Revenue for Calc | - | |
| Local Share | 0% | - |
| CATALOGUE NET | | - |

<span style="color:red">*Catalogue Revenue*</span>

### ANCILLS OTHER 3

<span style="color:red">*Ancills Other 3*</span>

**Subtotal Ancillary Revenue**   **345,000**

BODIES–THE EXHIBITION
CASH PHASING
St. Petersburg, Russia, Eurasia

| | | Enter Start Date > | May 19/07 | Jun | Jul | Aug | Sep | Oct | Nov 19/07 |
|---|---:|---|---:|---:|---:|---:|---:|---:|---:|
| | 300,000 | Attendance > | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 |
| | | | 14.29% | 14.29% | 14.29% | 14.29% | 14.29% | 14.29% | 14.29% |
| **Net Gross** | | 4,323,000 | 617,571 | 617,571 | 617,571 | 617,571 | 617,571 | 617,571 | 617,571 |
| **Ancillary Revenue** | | | | | | | | | |
| Ticket Rights | | – | – | – | – | – | – | – | – |
| Local Sponsorship | | – | – | – | – | – | – | – | – |
| Audio Tour | | 45,000 | 6,429 | 6,429 | 6,429 | 6,429 | 6,429 | 6,429 | 6,429 |
| Merchandise | | 300,000 | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 | 42,857 |
| Other | | – | – | – | – | – | – | – | – |
| Other | | – | – | – | – | – | – | – | – |
| Other | | – | – | – | – | – | – | – | – |
| SubTotal Ancillary | | 345,000 | 49,286 | 49,286 | 49,286 | 49,286 | 49,286 | 49,286 | 49,286 |
| **TOTAL GROSS REVENUE** | | 4,668,000 | 666,857 | 666,857 | 666,857 | 666,857 | 666,857 | 666,857 | 666,857 |
| **Estimated Expenses** | | | | | | | | | |
| **Startup Costs** | | | | | | | | | |
| Venue rent | | – | – | | | | | | |
| Marketing | | – | – | | | | | | |
| Installation | | (252,000) | (252,000) | | | | | | |
| Staffing | | (4,150) | (4,150) | | | | | | |
| Venue – Construction | | (150,000) | (150,000) | | | | | | |
| Venue – Operations | | – | – | | | | | | |
| Production related | | (35,000) | (35,000) | | | | | | |
| Admin–Other Costs | | – | – | | | | | | |
| | | (441,150) | (441,150) | – | – | – | – | – | – |
| **Operating Costs** | | | | | | | | | |
| Venue rent | | (120,000) | (17,143) | (17,143) | (17,143) | (17,143) | (17,143) | (17,143) | (17,143) |
| Marketing | | (300,000) | (42,857) | (42,857) | (42,857) | (42,857) | (42,857) | (42,857) | (42,857) |
| Installation | | (50,000) | (7,143) | (7,143) | (7,143) | (7,143) | (7,143) | (7,143) | (7,143) |
| Staffing | | (133,800) | (19,114) | (19,114) | (19,114) | (19,114) | (19,114) | (19,114) | (19,114) |
| Venue – Construction | | – | – | – | – | – | – | – | – |
| Venue – Operations | | (36,400) | (5,200) | (5,200) | (5,200) | (5,200) | (5,200) | (5,200) | (5,200) |
| Production related | | (26,000) | (3,714) | (3,714) | (3,714) | (3,714) | (3,714) | (3,714) | (3,714) |
| Admin–Other Costs | | (97,814) | (13,973) | (13,973) | (13,973) | (13,973) | (13,973) | (13,973) | (13,973) |
| | | (764,014) | (109,145) | (109,145) | (109,145) | (109,145) | (109,145) | (109,145) | (109,145) |
| **Total Expenses** | | (1,205,164) | (550,295) | (109,145) | (109,145) | (109,145) | (109,145) | (109,145) | (109,145) |
| Guarantee to Premier | $ | (415,000) | (415,000) | | | | | | |
| **PROFIT** | | 3,047,836 | (298,438) | 557,712 | 557,712 | 557,712 | 557,712 | 557,712 | 557,712 |
| Estimated PSO's | | (432,795) | (61,828) | (61,828) | (61,828) | (61,828) | (61,828) | (61,828) | (61,828) |
| **NET CASH CONTRIBUTION** | | 2,615,041 | (360,266) | 495,884 | 495,884 | 495,884 | 495,884 | 495,884 | 495,884 |
| Cumulative Cash Balance | | | (360,266) | 135,619 | 631,503 | 1,127,388 | 1,623,272 | 2,119,157 | 2,615,041 |

**BODIES - THE EXHIBITION**
**Project-Specific Overheads**
St. Petersburg, Russia

| | | |
|---|---|---:|
| Executive Travel | | –€ 20,000.00 |
| **Subtotal PSO's fixed** | | **(20,000)** |
| One-Go participation | 33.33% | –€ 412,794.53 |
| **Subtotal PSO's variable** | | **(412,795)** |
| **TOTAL PSO'S** | | **(432,795)** |

**BODIES - THE EXHIBITION**
St. Petersburg, Russia
Sensitivity / Breakevens / Etc.

| 6-MONTH RUN | Forecast 21% | 10% | 20% | 30% | 40% |
|---|---|---|---|---|---|
| **Attendance** | 300,000 | 145,488 | 290,976 | 436,464 | 581,952 |
| Net Gross | 4,323,000 | 2,096,482 | 4,192,964 | 6,289,446 | 8,385,928 |
| Ancillaries | 345,000 | | | | |
| Operating Expenses | (764,014) | (764,014) | (764,014) | (764,014) | (764,014) |
| **Operating Profit** | 3,903,986 | 1,332,468 | 3,428,950 | 5,525,432 | 7,621,914 |
| Gtee | (415,000) | (415,000) | (415,000) | (415,000) | (415,000) |
| Startup Expenses | (441,150) | (441,150) | (441,150) | (441,150) | (441,150) |
| **6-MONTH RUN Profit / (Loss)** | 3,047,836 | 476,318 | 2,572,800 | 4,669,282 | 6,765,764 |
| **Breakeven Tickets** | | | | | |
| Operating Expenses | 53,020 | | | | |
| Gtee | 28,799 | | | | |
| Startup Expenses | 30,614 | | | | |
| **6-MONTH RUN Breakeven** | 112,433 | | | | |
| **WEEKLY** | | | | | |
| **Attendance** | 11,538 | 5,596 | 11,191 | 16,787 | 22,383 |
| Avg Net Gross | 166,269 | 80,634 | 161,268 | 241,902 | 322,536 |
| Ancills | 13,269 | - | - | - | - |
| Operating Expenses | (29,385) | (29,385) | (29,385) | (29,385) | (29,385) |
| **Operating Profit** | 150,153 | 51,249 | 131,883 | 212,517 | 293,151 |
| Gtee | (15,962) | (15,962) | (15,962) | (15,962) | (15,962) |
| Startup Expenses | (16,967) | (16,967) | (16,967) | (16,967) | (16,967) |
| **WEEKLY Profit / (Loss)** | 117,224 | 18,320 | 98,954 | 179,588 | 260,222 |
| **Breakeven Tickets** | | | | | |
| Operating Expenses | 2,039 | | | | |
| Gtee | 1,108 | | | | |
| Startup Expenses | 1,177 | | | | |
| **WEEKLY Breakeven** | 4,324 | | | | |
| **Weeks To Recoup From Operating Profit** | | | | | |
| Gtee | 3 | 8 | 3 | 2 | 1 |
| Startup Expenses | 3 | 9 | 3 | 2 | 2 |
| **Weeks to Recoup** | 6 | 17 | 6 | 4 | 3 |
| Profit Weeks | 20 | 9 | 20 | 22 | 23 |
| Checksum P/L Total | 3,047,836 | 476,318 | 2,572,800 | 4,669,282 | 6,765,764 |
| Var, must be zero | - | - | - | - | - |

*Breakeven calculations*

**Operating Expenses**

| | |
|---|---:|
| Fixed | 764,014 |
| Var at Breakeven | - |
| **Operating Exps @ B/even** | **764,014** |
| | |
| **Gtee** | **415,000** |
| | |
| **Startup Expenses** | |
| Fixed | 441,150 |
| Var at Breakeven | |
| **Startup Exps @ B/even** | **441,150** |
| | |
| Total Fixed Exps | 1,620,164 |

| 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|
| 727,440 | 872,928 | 1,018,416 | 1,163,904 | 1,309,392 | 1,454,880 |
| 10,482,410 | 12,578,892 | 14,675,375 | 16,771,857 | 18,868,339 | 20,964,821 |
| (764,014) | (764,014) | (764,014) | (764,014) | (764,014) | (764,014) |
| 9,718,396 | 11,814,878 | 13,911,361 | 16,007,843 | 18,104,325 | 20,200,807 |
| (415,000) | (415,000) | (415,000) | (415,000) | (415,000) | (415,000) |
| (441,150) | (441,150) | (441,150) | (441,150) | (441,150) | (441,150) |
| 8,862,246 | 10,958,728 | 13,055,211 | 15,151,693 | 17,248,175 | 19,344,657 |

| | | | | | |
|---|---|---|---|---|---|
| 27,978 | 33,574 | 39,170 | 44,766 | 50,361 | 55,957 |
| 403,170 | 483,804 | 564,437 | 645,071 | 725,705 | 806,339 |
| - | - | - | - | - | - |
| (29,385) | (29,385) | (29,385) | (29,385) | (29,385) | (29,385) |
| 373,784 | 454,418 | 535,052 | 615,686 | 696,320 | 776,954 |
| (15,962) | (15,962) | (15,962) | (15,962) | (15,962) | (15,962) |
| (16,967) | (16,967) | (16,967) | (16,967) | (16,967) | (16,967) |
| 340,856 | 421,490 | 502,123 | 582,757 | 663,391 | 744,025 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 1 |
| 24 | 24 | 24 | 25 | 25 | 25 |
| 8,862,246 | 10,958,728 | 13,055,211 | 15,151,693 | 17,248,175 | 19,344,657 |
| - | - | - | - | - | - |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Venue Rent**

| Description | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|
| | **Startup** |
| Rent for 6 months (placeholder) | € 120,000.00 |
| | **Operations** |
| **Subtotal Venue Rent** | 120,000 |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Marketing / Advertising**

ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS

| Description | |
|---|---|
| | |
| | **Startup** |
| Marketing & Advertising | € 300,000.00 |
| | **Operations** |
| **Subtotal Marketing / Advertising** | **300,000** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Installation**

| Description | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|
| Premier installation | € 250,000.00 |
| Telephones and internet | € 2,000.00 |
| | **Startup** |
| Load out accural | € 50,000.00 |
| | **Operations** |
| **Subtotal Installation** | **302,000** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Staffing at Exhibition**

|  |  |  |  | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|---|---|---|
| Description |  |  |  |  |
| One week Training |  |  |  |  |
| GM |  |  | € 450.00 | € 450.00 |
| Assistant GM | 1 |  | € 375.00 | € 375.00 |
| Box office supervisor & a | 2 |  | € 700.00 | € 700.00 |
| Operations personell | 15 | € 35.00 | € 2,625.00 | € 2,625.00 |
|  |  |  |  | **Startup** |
|  |  | Month |  |  |
| GM |  |  | € 900.00 | € 5,400.00 |
| Assistant GM | 1 |  | € 750.00 | € 4,500.00 |
| Box office supervisor & a | 2 |  | € 1,400.00 | € 8,400.00 |
| accountant | 1 |  | € 800.00 | € 4,800.00 |
| Operations personell | 15 | € 35.00 | € 15,750.00 | € 94,500.00 |
| Security nightwatch | shift | € 90.00 | € 2,700.00 | € 16,200.00 |
|  |  |  |  | **Operations** |
| **Subtotal Staffing at Exhibition** |  |  |  | **137,950** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Venue - Construction**

| Description | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|
| Placeholder, Box office, retail, admin | € 100,000.00 |
| Grid | € 50,000.00 |
| | **Startup** |
| | **Operations** |
| **Subtotal Venue - Construction** | **150,000** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Venue - Operations**

|  |  | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|---|
| Description |  |  |
|  |  | **Startup** |
|  | Week |  |
| Operations weekly expenses misc | € 500.00 | € 13,000.00 |
| Fireman | € 200.00 | € 5,200.00 |
| First Aid | € 200.00 | € 5,200.00 |
| Telephones/Internet | € 300.00 | € 7,800.00 |
| Cleaning | € 200.00 | € 5,200.00 |
|  |  | **Operations** |
| **Subtotal Venue - Operations** |  | **36,400** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
**Production Related**

| Description | | ENTER 6-MONTH RUN LOCAL CURRENCY SUBTOTALS |
|---|---|---|
| Venue signage | | € 20,000.00 |
| Translations Audio& Catalog Exhibition scrims | | € 10,000.00 |
| Website | | € 5,000.00 |
| | | **Startup** |
| Ticket Printing supplies | 1,000 | - |
| | | € 26,000.00 |
| | | **Operations** |
| **Subtotal Production Related** | | **61,000** |

**BODIES - THE EXHIBITION**

St. Petersburg, Russia
Other Costs - G&A

| Description | ENTER 6-MONTH RUN | LOCAL CURRENCY SUBTOTALS |
|---|---:|---:|
| | | **Startup** |
| Credit Cards 60% of sales @ 3% | 77,814 | € 77,814.00 |
| Insurance | | € 20,000.00 |
| | | **Operations** |
| **Subtotal Other Costs - G&A** | | 97,814 |