# EXHIBIT E

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Sunday, December 02, 2007 4:23 AM
**To:** Ton Jumelet
**Cc:** Sergey Kremensky
**Subject:** FW: Confirmation...

**From:** <Pacozimm@aol.com>
**Date:** Sun, 25 Mar 2007 12:05:24 EDT
**To:** <paul@one-go-events.ru>
**Subject:** Re: Confirmation...

In a message dated 3/24/2007 1:54:14 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

?

I am happy to advise you that BODIES The Exhibition is confirmed for St Petersburg, RU, Erasia
for May 26 2007 opening through Oct 28 2007.

I look forward to meeting you in Amsterdam on Friday.
I will be in Paris tomorrow through Thurs.
You can reach me on my cell.

Best
P

---

AOL now offers free email to everyone.  Find out more about what's free from AOL at **AOL.com**
<http://www.aol.com?ncid=AOLAOF00020000000339> .