# EXHIBIT G

FW: Set up

Page 1 of 2

**Case 1:07-cv-08185-PKL    Document 13-8    Filed 12/20/2007    Page 2 of 17**

## Jon Werner

| | |
|---|---|
| **From:** | Ton Jumelet [ton@jvlaw.nl] |
| **Sent:** | Thursday, November 29, 2007 9:12 AM |
| **To:** | Kirk Lyons; jwerner@lyons-flood.com |
| **Subject:** | One - Go |
| **Attachments:** | LEVEL01_FinishSpec.pdf; LEVEL02_FinishSpec.pdf |

**From:** John Zaller <jzaller@prxi.com>
**Date:** Sat, 24 Mar 2007 16:17:41 -0400
**To:** Paul Koster <paul@one-go-events.ru>
**Subject:** Re: Set up

I'm not sure this went through the first time, so i'm resending:

JZ

Hi Paul,

Here is a preliminary of what we suggest the venue does to prepare for the exhibition.  I will need to get you the color specs on the colors quoted here, but basically, snowfall is a very clean, bright white .  We envision both floors being transformed into a white box, with grey floors.  we are also detailing a window treatment for blocking out the light on the second floor and recommending that those coverings are also painted snowfall on both sides.  this could really make this space very contemporary and suitable for any type of event that will follow.  our hold-up right now in detailing the windows is trying to figure out a simple way to make the panels removable and reusable.  Let me know if you would like more detailed renderings, which can have available by the end of the day Monday.

Hope all is well with you and that your meetings go well this week.

John

John Zaller
Creative Director
Premier Exhibitions/RMS Titanic, Inc.
Office: 404.842.2671
Mobile: 917.861.0341
Fax: 404.842.2626

Learn more about Premier Exhibitions, Inc. by visiting

www.prxi.com, www.rmstitanic.net, www.titanicscience.com
www.bodiestheexhibition.com, www.bodiesrevealed.com

On Mar 24, 2007, at 4:52 AM, Paul Koster wrote:

Hi John,

I'm also back home again), but work will continue. Are you able to send us
detailed info on the venue set up today/tomorrow?
We have to start on Monday 'communicating' to the venue. Please, do
understand the 'need' …(time wise)
Thx.

12/7/2007

Warm regards,
Pk


European/Dutch mobile +31 10 180 462

Russian mobile +7 921 427 7261

One-Go Events Russia
Office 25
25 6th line Vassilievsky Island
St.Petersburg
199004, Russia
P +7 812 600 1861
F +7 812 600 1862
info@one-go-events.ru
www.one-go-events.ru

***********************DISCLAIMER ***************************
This e-mail is intended exclusively for the address(es), and may not be

passed on to, or made available for use by any person other than the

address(es). One-Go Events rules out any and every liability resulting

from this electronic transmission.

*************************************************************

# Bodies - St. Petersburg, Russia

paint ceiling "snowfall"

remove column surround
and paint "snowfall"

stair rails and trim
to be finished in
dark grey

remove tiles and finish
floor in warm grey

LEVEL 01 - finish specification

drawn by: michael dubois

not to scale

03.23.2007



PREMIER
EXHIBITIONS



**Bodies - St. Petersburg, Russia**

remove column surround
and paint "snowfall"

paint radiators and
walls "snowfall"

remove tiles and finish
floor in warm grey

paint ceiling "snowfall"

LEVEL 02 - finish specification

drawn by: michael dubois

not to scale

03.23.2007



PREMIER EXHIBITIONS

## Jon Werner

**From:**     Paul Koster [paul@one-go-events.ru]

**Sent:**     Thursday, November 29, 2007 8:38 AM

**To:**       Ton Jumelet

**Subject:** FW: Bodies Revealed Catalogue Russia

**From:** Judy Geller <jgeller@prxi.com>
**Date:** Wed, 18 Apr 2007 09:06:23 -0400
**To:** Tatyana Samokhvalova <tatyana@one-go-events.ru>
**Cc:** David Johnson <davidj@jamusa.com>, Gemmie Dayrit <gdayrit@prxi.com>, Paul Koster <paul@one-go-events.ru>, Paco Zimmer <Pacozimm@aol.com>, <Alex@one-go-events.ru>, Robert Evans <robert@times3.net>
**Conversation:** Bodies Revealed Catalogue Russia
**Subject:** Re: Bodies Revealed Catalogue Russia

Dear Tatyana,

Good to hear from you.  It is my suggestion that the point size of the font be made slightly smaller to avoid having to add pages to the design or to alter the design in any way.  This will keep the production costs down as well. That has worked for us in other countries where the language translation is longer.

Best,

Judy

--
Judith B. Geller
Special Projects
Premier Exhibitions, Inc.
Direct Line:    404.842.2672
Cell:    404.944.3694
www.bodiestheexhibition.com

On 4/18/07 5:47 AM, "Tatyana Samokhvalova" <tatyana@one-go-events.ru> wrote:

> Dear Judy,
>
> Thanks a lot for ftp placement of catalog's design!
> Our designer Alex Serdukoff is downloading it now (pls kindly cc him also from now on). Russian translations
> are ready; we only have to check it one more time already inside the graphic file.
> And by the way Russian text is about 1,5 times longer bcs of the language specific.
>
> Keeping you posted, Tatyana
>
>
> One-Go Events Russia
> Office 25
> 25 6th line Vasilievsky Island
> St.Petersburg
> 199004, Russia
> M +7 921 900 95 39
> P +7 812 600 18 61
> F +7 812 600 18 62

info@one-go-events.ru <mailto:info@one-go-events.ru>
www.one-go-events.ru <http://www.one-go-events.ru>

**********************DISCLAIMER *************************** This e-mail is intended exclusively for the address (es), and may not be passed on to, or made available for use by any person other than the address(es). One-Go Events rules out any and every liability resulting from this electronic transmission.


***********************************************************

-----Original Message-----
**From:** Paul Koster [mailto:paul@one-go-events.ru]
**Sent:** Wednesday, April 18, 2007 5:52 AM
**To:** Judy Geller
**Cc:** David Johnson; Gemmie Dayrit
**Subject:** Re: Bodies Revealed Catalogue

Hi Judy,

Pretty good. Will pass your message to Tatyana. She will proceed and will also be in contact with you later today (but is night time now :-)
(Only not for me)
Best,
Pk


On 18-04-2007 01:45, "Judy Geller" <jgeller@prxi.com> wrote:
Hi Paul,

How is the translation of the *Bodies Revealed* catalogue coming along?. We have posted the Quark 6 files to our FTP site so your graphic artist can place the translation into the design and return it to the FTP for our approval.  (See the access to that FTP in red below.) We would also like a PDF of the Russian Quark at that time.

Once we approve those Quark files and you are ready to print, we would like a printer's proof before we give the final ok.

ftp://atl.prxi.com/SPBURG-FTP/

Username: spburgftp
Password: saint

Any problems or questions, please don't hesitate to contact us.

Regards,

Judy

Judith B. Geller
Special Projects
Premier Exhibitions, Inc.
Direct Line:    404.842.2672
Cell:    404.944.3694
www.bodiestheexhibition.com

**From:** Judith Geller <jgeller@mindspring.com>
**Date:** March 30, 2007 8:32:30 AM EDT
**To:** paul@one-go-events.ru
**Subject: Bodies Revealed Catalogue**
**Reply-To:** jgeller@prxi.com

Dear Paul,

How exciting to bring a Bodies Revealed exhibition to St Petersburg.  As you know, each Exhibition has a catalogue that accompanies it.  Attached is a word document of that catalogue for your translator.

Following are our procedures for the design and production of the catalogue:

The catalogue was designed in Quark 6, a Macintosh program.  We will upload those Quark 6 files to our ftp site within the next week  so your graphic artist can place the Russian translation into the design. We will email the coordinates and the passwords to that ftp site as soon as it is uploaded.

When the Russian translation has been placed in the Quark 6, please have your graphic artist post those Quark files back to our ftp site.  We will check them over, make any graphic adjustments necessary, and give you the approval to print after we get a proof from the printer. Gemmie Dayrit from Premier will be contacting you very shortly with information on the options for printing.

Please use the silver catalogue you have received as a template for choosing paper quality and ink.  (Ink is specified in the Quark file.) As you can see, there is a silver ink involved throughout, which requires a 5 color press. Not only is using the silver ink a necessity to the design, but matching the color of the specimens in the catalogue is also very important when it comes time to print.

Please feel free to contact me with any questions you may have. We look forward to working with you and to having a very successful exhibition.

Best regards,

Judy Geller


Judith B. Geller
Special Projects
Premier Exhibitions, Inc.
Direct Line: 404.842.2672
Cell: 404.944.3694




------ End of Forwarded Message




European/Dutch mobile +31 10 180 462

Russian mobile +7 921 427 7261

One-Go Events Russia
Office 25
25 6th line Vassilievsky Island
St.Petersburg
199004, Russia
P +7 812 600 1861

F +7 812 600 1862
info@one-go-events.ru
www.one-go-events.ru

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*DISCLAIMER \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is intended exclusively for the address(es), and may not be

passed on to, or made available for use by any person other than the

address(es). One-Go Events rules out any and every liability resulting

from this electronic transmission.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Jon Werner

**From:**    Paul Koster [paul@one-go-events.ru]
**Sent:**    Thursday, November 29, 2007 8:38 AM
**To:**      Ton Jumelet
**Subject:** FW: Catalogs

**From:** Judy Geller <jgeller@prxi.com>
**Date:** Fri, 20 Apr 2007 07:46:03 -0400
**To:** <tatyana@one-go-events.ru>, <davidj@jamusa.com>
**Cc:** <paul@one-go-events.ru>, Gemmie Dayrit <gdayrit@prxi.com>, Levi Shores <lshores@prxi.com>
**Conversation:** Catalogs
**Subject:** Re: Catalogs

Dear Tatyana,

Our IT person will get back to you re the cyrillic font. In the meantime, have you found a comparible font? and can you send us some examples in bold, regular, italics, etc.

Thanks,

Judy Geller
Jgeller@prxi.com

----- Original Message -----
From: Tatyana Samokhvalova <tatyana@one-go-events.ru>
To: 'David Johnson' <DavidJ@jamusa.com>
Cc: 'Paul Koster' <paul@one-go-events.ru>; Judy Geller; Gemmie Dayrit; Gemmie Dayrit
Sent: Fri Apr 20 03:41:59 2007
Subject: RE: Catalogs

Dear David,


As I understand now you didn't receive my messages I always copied to you (last one on the catalogs my answer to Judy d.d. April, 18th) L.


We got Quark file now, inserting Russian text now. And pls note the font we've received for the catalog is non-Cyrillic one. Can you kindly assist us on the matter?


We are working on the exhibition's name, reverting to you asap.


Ready to answer all you questions and of course keeping you posted,


Tatyana


One-Go Events Russia
Office 25
25 6th line Vasilievsky Island
St.Petersburg
199004, Russia

M +7 921 900 95 39

P +7 812 600 18 61
F +7 812 600 18 62
info@one-go-events.ru <mailto:info@one-go-events.ru>
www.one-go-events.ru <http://www.one-go-events.ru>

*********************DISCLAIMER *************************** This e-mail is intended exclusively for the address(es), and may not be passed on to, or made available for use by any person other than the address(es). One-Go Events rules out any and every liability resulting from this electronic transmission.

*********************************************************

-----Original Message-----
From: David Johnson [mailto:DavidJ@jamusa.com]
Sent: Friday, April 20, 2007 2:57 AM
To: Tatyana Samokhvalova; Paul Koster
Cc: Pacozimm@aol.com
Subject: FW: Catalogs

Resent on Thursday, April 19, 2007.

Am I sending this E mail to the proper person?

Thank you,

David Johnson

_____

From: David Johnson
Sent: Tuesday, April 03, 2007 11:38 AM
To: 'Tatyana Samokhvalova'; Pacozimm@aol.com
Cc: 'Paul Koster'
Subject: RE: Catalogs

Dear Tatyana,

Please let me introduce myself. My name is David Johnson and I will be working with you on all aspects of your retail merchandising for the Bodies Revealed exhibit.

We will discuss the items which will be sold, the store and its display, and the reporting of the retail sales.

12/7/2007

Please let me know when you have chosen a name for the exhibit so I can have it incorporated into our merchandise designs.

Please get back to me with any questions. I look forward to hearing what you find out about printing the catalogs.

Best regards,

David Johnson

_____

From: Tatyana Samokhvalova [mailto:tatyana@one-go-events.ru]
Sent: Tuesday, April 03, 2007 9:30 AM
To: Pacozimm@aol.com; David Johnson
Cc: 'Paul Koster'
Subject: RE: Catalogs

Dear Paco,

Thanks your last, noted well (including copy to David, sorry).

So, I'm collecting the quotations for 7500.

The question abt Quark and catalog samples I received from printers, no difficulties of course.

Tatyana

One-Go Events Russia
Office 25
25 6th line Vassilievsky Island
St.Petersburg
199004, Russia
M +7 921 900 95 39

P +7 812 600 18 61
F +7 812 600 18 62
info@one-go-events.ru <mailto:info@one-go-events.ru>
www.one-go-events.ru <http://www.one-go-events.ru>

**********************DISCLAIMER *************************** This e-mail is intended exclusively for the address(es), and may not be passed on to, or made available for use by any person other than the address(es). One-

12/7/2007

Go Events rules out any and every liability resulting from this electronic transmission.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


-----Original Message-----
From: Pacozimm@aol.com [mailto:Pacozimm@aol.com]
Sent: Tuesday, April 03, 2007 6:13 PM
To: tatyana@one-go-events.ru
Cc: paul@one-go-events.ru; davidj@jamusa.com
Subject: Re: Catalogs


In a message dated 4/3/2007 6:47:24 A.M. Eastern Daylight Time, tatyana@one-go-events.ru writes:

Dear Paco,


First of all – thanks very much for productive work in Amsterdam!


Can you kindly inform us on the exact quantity of catalogs we gonna print? We discussed 5000 and in Gemmie's mail I see 7500 pieces?

I think 7500 will be OK


2nd important question – printing mast be done strictly according to specs and scales in Quark file of catalog we gonna have, or we have to follow carefully the  catalog samples we have?

According to Quark file. Is there a problem with this

Please include DavidJ@Jamusa.com in all catalogue and retail conversations


_____

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .


12/7/2007

## Jon Werner

---

**From:**   Paul Koster [paul@one-go-events.ru]

**Sent:**   Thursday, November 29, 2007 8:38 AM

**To:**     Ton Jumelet

**Subject:** FW: Russian catalog questions


**From:** Judy Geller <jgeller@prxi.com>
**Date:** Thu, 10 May 2007 09:20:00 -0400
**To:** Alexander Serdukoff <alex@one-go-events.ru>, Paul Koster <paul@one-go-events.ru>, David Johnson
<DavidJ@jamusa.com>, Tatyana Samokhvalova <tatyana@one-go-events.ru>, Gemmie Dayrit <gdayrit@prxi.com>,
Paco Zimmer <Pacozimm@aol.com>
**Conversation:** Russian catalog questions
**Subject:** Re: Russian catalog questions

Hello Alexander,

Good to hear from you.

The logo looks fine.  As for using the font Futura, go ahead and use it in any form you feel is
appropriate as a substitution for Scala.  From you comments, you seem to have an excellent grasp of
the look and feel of the catalogue so I trust it will look just fine.

I am attaching a PDF of the silver English catalogue for *Bodies Revealed* so you have an English
guidepost for putting the Russian in the Quark.

We don't understand why you don't have the high rez photos.  When we send the files they always
come with a folder of fonts, a folder of high rez photos and the Quark 6 files in another folder.  As
soon as our IT fellow comes in I will have him check the files we sent you. If anything is missing, we
will up load it and let you know where to find it.  In the meantime, would you please check your files
again to be sure.

Take care,

Judy


--
Judith B. Geller
Special Projects
Premier Exhibitions, Inc.
Direct Line:   404.842.2672
Cell:   404.944.3694
www.bodiestheexhibition.com




On 5/10/07 8:21 AM, "Alexander Serdukoff" <alex@one-go-events.ru> wrote:

   Dear Judy,

   We're in process of making the Russian edition of the Bodies catalog. I've got some questions:

1. You remember, we discussed the main catalog font and we have decided that the main text font should be replaced by OpiumNew. But in some cases we can't avoid using ScalaSans, and it still has no Cyrillic characters. When creating the Russian logo, we used Futura font to write "To See Is to Know" under the logo (see attached logo). It was almost the same font as ScalaSans and worked well. But now we are to use Cyrillic substitute of ScalaSans much more often, so I'm attaching the FuturaMedium examples for you to see it in action. It is the closest font to ScalaSans we've managed to find.

2.

3. Please let me know whether we can use it instead of ScalaSans in cases we can't avoid it. I will try using ScalaSans anyway where available. Note that we will use Futura only in caps (as it is in catalog). FuturaDemi can be used as a bold version of Futura.

4.

5.

6. Again: the catalog we have is in Spanish! It is OK, but the English version would be really appreciated since I don't speak Spanish.

7.

8.

9. The catalog certainly uses the pictures, which we don't have in high resolution. Please upload it to some FTP for us to get it. I can send you the list of exact filenames used in catalog.


I will stay in touch with you on catalog issues.

Kind regards,

Alexander Serdukoff

One-Go Events Russia
Office 25
25 6th line Vasilievsky Island
St.Petersburg
199004, Russia
P +7 812 600 1861
F +7 812 600 1862
info@one-go-events.ru
www.one-go-events.ru

## Jon Werner

| | |
|---|---|
| **From:** | Paul Koster [paul@one-go-events.ru] |
| **Sent:** | Thursday, November 29, 2007 8:40 AM |
| **To:** | Ton Jumelet |
| **Subject:** | FW: Exhibition Layout |
| **Attachments:** | PRXI-RUSSIA-051507.pdf |

**From:** John Zaller <jzaller@prxi.com>
**Date:** Tue, 15 May 2007 01:18:06 -0400
**To:** Olga Danilova <olga@one-go-events.ru>, Tatyana Samokhvalova <tatyana@one-go-events.ru>, Paul Koster <paul@one-go-events.ru>, Kirill Tikhonin <kirill@one-go-events.ru>
**Cc:** Jon Martin <joncmartin@aol.com>, <pzaller@prxi.com>, Joe Andreska <jandreska@prxi.com>
**Conversation:** Exhibition Layout
**Subject:** Exhibition Layout

Dear All,

Attached is the Visitor Travel Plan and Lobby Plan for Bodies Revealed.  This PDF has most of the information that we will use during the install and may be a bit busy for you to study.  Please let me know if this is the case and I will remove some unnecessary information.  The lobby is also my suggested design, with ticketing in the enter of the space and a large area given for queuing. I have also provided about 40 sq m for Retail.  The plan is scaled at 1/8″=1′

I am awake now and will be for a while, so please feel free to call me on my us cell tonight (this morning for you) if you have any pressing questions.  I am also interested to hear what direction you have gone with Paint on the ground floor as it will affect some of the layout with the scrim.

Please be aware that this plan will go through some fine tuning in the next two days and so may have some slight modifications to how you know see it.

I will be drawing an exiting plan for this exhibition in the next 24 hours. Please let me know what you need on that plan.

Very best,

John
+1 917.861.0341

Floor 0



Floor 1

# BODIES REVEALED
## St Petersburg, Russia
Produced by:
Premier Exhibitions
in association with JAM Exhibitions. CPI, & One Go Events

Exhibit# 2005B-1

Location    St. Pete

Drawn By    JZ/BDH

Drawing Key

Visitor Path
Gobo Reads
Shades
Scrim Panels
Case Artifacts
Short Reads
Scrim Panels
Scrim Graphics

Visitor Plan

Scale 1/8"=1'-0"

Date:
5-14-07