# EXHIBIT H

## Jon Werner

| | |
|---|---|
| **From:** | Paul Koster [paul@one-go-events.ru] |
| **Sent:** | Thursday, November 29, 2007 8:18 AM |
| **To:** | Ton Jumelet |
| **Subject:** | FW: Bodies in St-Petersburg - Ticketing Services Proposal |
| **Attachments:** | Bodies in St-Petersburg - Ticketing Services Proposal; Bodies Ticketpro Russia Ticketing Proposal V1.doc |

**From:** <Pacozimm@aol.com>
**Date:** Thu, 15 Mar 2007 14:46:42 EDT
**To:** <paul@one-go-events.ru>
**Subject:** Fwd: Bodies in St-Petersburg - Ticketing Services Proposal

Dear Paul

Attached is the ticketing proposal I spoke about.
Ticket-Pro operates ticketing at two of our exhibitions in NY and Prague.

I look forward to your comments

Best
P

AOL now offers free email to everyone.  Find out more about what's free from AOL at **AOL.com** <http://www.aol.com?ncid=AOLAOF00020000000339> .

# Jon Werner

| | |
|---|---|
| **From:** | Paul Koster [paul@one-go-events.ru] |
| **Sent:** | Thursday, November 29, 2007 8:21 AM |
| **To:** | Ton Jumelet |
| **Subject:** | FW: BODIES St Petersburg |

**From:** <Pacozimm@aol.com>
**Date:** Sat, 31 Mar 2007 06:50:43 EDT
**To:** <serge@ticketpro.biz>
**Cc:** <paul@one-go-events.ru>, <Joncmartin@aol.com>
**Subject:** BODIES St Petersburg

Dear Serge,

As per our conversation here are the details for BODIES Revealed in ST Petersburg, Russia

St Petersburg, Russia
Venue EURASIA

Open Sat, May 26, 2007
Close - TBD (Oct. 26 is a Friday, we must be out of building Oct. 28)
Friday - Oct. 25 - open to tours, teachers, etc
Thursday - Oct. 24 - 7-10pm - VIP event
Wednesday - Oct. 23 - 10a-2pm - Media open house

Hours
Mon-Sun 10a-10p

Ticket Prices:
Type/M-F/Sat-Sun
Adult - 550/650
Senior 60+ - 350/450
Kids (5-12) - 350/450
Students (with card) - 350/450
Military - 350/450
Adult groups - 450 (Mon-Fri only)
student groups - 300 (Mon-Fri only)
All ticket prices include 50 Ruble commission except for school groups 20 Ruble commission
Ticket-Pro/Kassir will be responsible and pay for all box office related costs including.
Computers and TP softwear.
Distribution and Kassir outlets
Online and phone sales
Ticket Stock
Sales Personal
VAT obligations related to commissions

Please draft an agreement with

One-Go Events Russia
Office 25
25 6th line Vassilievsky Island
St.Petersburg
199004, Russia
attention: Paul Koster
P +7 812 600 1861
F +7 812 600 1862
info@one-go-events.ru
www.one-go-events.ru <http://www.one-go-events.ru>
Paul Koster's contact numbers are
European/Dutch mobile +31 10 180 462
Russian mobile +7 921 427 7261
Best Regards
P

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .