# EXHIBIT J

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:24 AM
**To:** Ton Jumelet
**Subject:** FW: Delay

**From:** <Pacozimm@aol.com>
**Date:** Thu, 12 Apr 2007 08:17:39 EDT
**To:** <paul@one-go-events.ru>
**Subject:** Delay

Premier has just advised me they will not make the schedule if shipped by sea.
Two options

1. Airfreight (very expensive)
2. Delay two weeks

I am in favor of the delay if you are. It will give us enough time to prepare properly
Let me know what you think?
P

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .