# EXHIBIT K

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:25 AM
**To:** Ton Jumelet
**Subject:** FW: BODIES ST Petersburg

**From:** <Pacozimm@aol.com>
**Date:** Tue, 29 May 2007 11:21:46 EDT
**To:** <paul@one-go-events.ru>, <tatyana@one-go-events.ru>, <olga@one-go-events.ru>
**Subject:** BODIES ST Petersburg

Dear Team,

As you know there have been some difficulties regarding the shipment of Bodies Revealed to St Petersburg.
The latest info available is that the BODIES will arrive in ST Petersburg on Friday June 1st to the port of St Petersburg. Customs does not work on weekends so the best we can hope for is clearance on the 8th of June.

Because of the above we have **re-scheduled the opening for the 16th of June.**

Sorry for the inconvenience.

P

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .