# EXHIBIT L

## Jon Werner

| | |
|---|---|
| **From:** | Paul Koster [paul@one-go-events.ru] |
| **Sent:** | Thursday, November 29, 2007 8:44 AM |
| **To:** | Ton Jumelet |
| **Subject:** | FW: Power of Attorney |

**From:** Tom Zaller <tzaller@prxi.com>
**Date:** Sat, 16 Jun 2007 00:29:58 -0400
**To:** 'Tatyana Samokhvalova' <tatyana@one-go-events.ru>, 'Joe Andreska' <jandreska@prxi.com>, 'Wendell Cleghorn SLS-ATL' <WCleghor@us.hellmann.net>
**Cc:** <Pacozimm@aol.com>, 'Jon C Martin' <joncmartin@aol.com>, <paul@one-go-events.ru>, 'Judy Geller' <jgeller@prxi.com>, 'Arnie Geller' <ageller@prxi.com>
**Subject:** RE: Power of Attorney

Hi Tatyana,

I know it has been a long week for you, hang in there.

Please let me know the status of all of the shipments coming into St. Petersburg, I received the below email from Jason today and have also been hearing things through the grape vine but am not sure of the most up to date and accurate story, could you please provide us with a summary of where we stand and if you feel like we will still be able to achieve an opening date of Next weekend.

After reading the email below I think we all realize that at this point it is critical that the customs officials have the best impression of our companies, our Exhibition and the educational 1st class museum quality exhibition that we are about to present . Do you have English catalogs or photographs of the exhibition that can be used to better explain the Exhibition.  If necessary, could we have the Russian doctor that is going to be the exhibition spokesperson speak to the customs officials about the importance of these types of exhibitions and the high quality with which we present ours.   Also, I would like to make sure that everyone in Russia is aware that Judy Geller is in St. Petersburg and if need be, could act as a representative for Premier in any discussions about the scientific and educational aspects of the exhibition. Judy is the Author of the catalog as well as one of the Creators of the Exhibition.

Please let us know if there is anything we can do from our end.

Kind Regards and good luck this weekend and Monday morning.

Tom


**From:** Jason Marshall
**Sent:** Friday, June 15, 2007 10:35 AM
**To:** Joe Andreska
**Cc:** Judy Geller; John Zaller
**Subject:** More bad news

So we are not going to be getting any containers until at least Monday. One of the high ranking customs officials here has deemed the show immoral and is not letting the show clear customs. This was from Tatyanna, she did say though that a contact at the Russian shipping agency that was used is going to talk with the customs agent over the weekend to see what can be worked out. We are continuing moving forward with what we can do at the venue; making the Verlock cables and getting our stuff organized so that we are ready WHEN things arrive. (that's my optimism showing through)
John when does your flight leave? When would be a good time to call you today? I have a question or two for you.

**From:** Tatyana Samokhvalova [mailto:tatyana@one-go-events.ru]
**Sent:** Friday, June 01, 2007 11:42 AM
**To:** 'Joe Andreska'; 'Wendell Cleghorn SLS-ATL'

Cc: Pacozimm@aol.com; 'Jon C Martin'; tzaller@prxi.com; paul@one-go-events.ru
Subject: Power of Attorney

Dear Joe,

Pls kindly arrange issuing of the required Power of Attorney from **Premier Exhibitions directly**. We need it yesterday, like we say in Russia ☺

**Mr. Serdukov Alexandr Leonidovitch, passport 4003 № 570883, issued January 30th 2003 by the 57th Police Department of Vyborgskiy District of St.Petersburg. (date of birth : October 12th 1981, registration address: 194291, St.Petersburg, Kulturi Prosp., 16/1 apt. 108)**, employee of **One-Go Events (Benelux) B.V. with Representative Office at St. Petersburg(Office 25, 25 6th line Vasilievsky Island St.Petersburg, 199004, Russia)** is entitled to represent Premier Exhibitions Co interests at all customs esteblishments and other State organisations and in all customs procedures with all the cargo arriving from Premier Exhibitions Co. to Russia for **'The Human Body: Uvidet, chtobi ponyat'** exhibition wich takes place at St.Petersburg from June 16th upto October, 26th at **Eurasia Exhibition Center, St.Petersburg, Kapitana Voronina St., 13.**

Pls contact me on my mobile if you have any questions,

Tatyana


One-Go Events Russia
Office 25
25 6th line Vasilievsky Island
St.Petersburg
199004, Russia
M +7 921 900 95 39
P +7 812 600 18 61
F +7 812 600 18 62
info@one-go-events.ru <mailto:info@one-go-events.ru>
www.one-go-events.ru <http://www.one-go-events.ru>

**********************DISCLAIMER **************************** This e-mail is intended exclusively for the address(es), and may not be passed on to, or made available for use by any person other than the address(es). One-Go Events rules out any and every liability resulting from this electronic transmission.

***********************************************************