# EXHIBIT M

# Jon Werner

| | |
|---|---|
| **From:** | Paul Koster [paul@one-go-events.ru] |
| **Sent:** | Thursday, November 29, 2007 8:43 AM |
| **To:** | Ton Jumelet |
| **Subject:** | FW: Bodies Revealed Russia |

**From:** Tom Zaller <tzaller@prxi.com>
**Date:** Thu, 28 Jun 2007 15:33:01 -0400
**To:** "'Shavshina, Wilhelmina'" <Wilhelmina.Shavshina@dlapiper.com>, "'Rudnick, William A.'" <William.Rudnick@dlapiper.com>, "'Aronov, Alexey'" <Alexey.Aronov@dlapiper.com>, <Pacozimm@aol.com>, <paul@one-go-events.ru>, <tatyana@one-go-events.ru>
**Cc:** <SteveT@jamusa.com>, "'Criz, Jesse A.'" <jesse.criz@dlapiper.com>, "'Lusignan-Rizhinashvili, Constantine'" <Constantine.Lusignan-Rizhinashvili@dlapiper.com>, "'Sosedkin, Denis'" <Denis.Sosedkin@dlapiper.com>, <PIBelk@Venable.com>, <RYHegg@Venable.com>, <bwainger@prxi.com>, <ageller@prxi.com>, <tzaller@prxi.com>
**Subject:** RE: Bodies Revealed Russia

Hello everyone,

This is Tom Zaller from Premier Exhibitions Inc, the Producers and owners of Bodies the Exhibition in Atlanta, GA.

Premier has decided to retain our DC based Law firm Venable to lead the charge in Russia.  Peter Belk will be leading the team, his contact information is below.  When Peter reaches out to you, please assist him with the information that you have gathered up to this point and your fullest cooperation so we can continue to move forward as swiftly as possible.

Premier very much appreciates the approach that has been taken so far and all of the effort from all the parties involved. I hope that we can all have this issue resolved soon.

```
Peter I. Belk
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
Phone: 001-202-344-4929
Mobile: 001-917-763-6001
Fax: 001-202-344-8300
Email: pibelk@venable.com
```

Tom Zaller
Vice President
Exhibitions
Premier Exhibitions Inc.
T:404 842 2600
F:208 275 6356
Email: tzaller@prxi.com <mailto:tzaller@prxi.com>

See our Amazing Exhibitions at
www.prxi.com <http://www.prxi.com> , www.rmstitanic.net <http://www.rmstitanic.net> , www.bodiestheexhibition.com <http://www.bodiestheexhibition.com>  , www.titanicscience.com <http://www.titanicscience.com>

---

**From:** Shavshina, Wilhelmina [mailto:Wilhelmina.Shavshina@dlapiper.com]
**Sent:** Thursday, June 28, 2007 12:31 PM
**To:** Rudnick, William A.; Aronov, Alexey; Pacozimm@aol.com; paul@one-go-events.ru; tatyana@one-go-events.ru
**Cc:** tzaller@prxi.com; SteveT@jamusa.com; Criz, Jesse A.; Lusignan-Rizhinashvili, Constantine; Sosedkin, Denis
**Subject:** Re: Bodies Revealed Russia

William
We are going to clarify your issues tomorrow since in my opinion customs permisions in this case may be non objective or no based on russian legislative

I am going to contact with North west customs administrtion witch coordinate this case
And we hope monitoring the issue at the local, regional and levels helps us to provide you by needed info
Tomorrow
timing would be 2 m (as maximum term on warehouse)

With warm redards
Wilhelmina Shavshina
Senior Associate, PhD in Law, Attorney at Law
Head of Customs Practice
DLA Piper - St. Petersburg Branch Office
D: +7 812 703 7862
M: +7 812 940 2261
T: +7 812 703 7801
F: +7 812 703 7802
E: wilhelmina.shavshina@dlapiper.com
www.dlapiper.com

----- Original Message -----
From: Rudnick, William A.
To: Aronov, Alexey; Pacozimm@aol.com <Pacozimm@aol.com>; paul@one-go-events.ru <paul@one-go-events.ru>; tatyana@one-go-events.ru <tatyana@one-go-events.ru>
Cc: tzaller@prxi.com <tzaller@prxi.com>; SteveT@jamusa.com <SteveT@jamusa.com>; Criz, Jesse A.; Shavshina, Wilhelmina; Lusignan-Rizhinashvili, Constantine
Sent: Thu Jun 28 19:22:36 2007
Subject: RE: Bodies Revealed Russia

Alexey:

   Thanks you for your e-mail. Three questions:

   1.   Are you saying that in order to leave the country, we need the same sort of paperwork that we would need to stay?

   2.   Is it the exact same paperwork/approval to stay or leave? In other words, if we are applying to leave, if, by the time the approval actually came through, would we be able to stay instead, using the same approval?

   3.   Do you have any idea what the timing might be?

_____

From: Aronov, Alexey
Sent: Thursday, June 28, 2007 9:58 AM
To: Rudnick, William A.; Pacozimm@aol.com; paul@one-go-events.ru; tatyana@one-go-events.ru
Cc: tzaller@prxi.com; SteveT@jamusa.com; Criz, Jesse A.; Shavshina, Wilhelmina; Lusignan-Rizhinashvili, Constantine
Subject: RE: Bodies Revealed Russia

Bill:

Further to my telephone conversation with Tatiana Samokhvalova of One-Go Events Russia, we spoke with the local customs officials involved in this issue. Our understanding is as follows.

Due to certain incompliance in the paperwork, Russian customs authorities rejected the ATA-Carnet for temporary admission. As a result,

three containers with exhibits got stuck in St. Petersburg customs. Usually in such a case, the goods can be moved either in or out in accordance with the normal (not simplified) customs procedures. However, owing to the recent tightening of controls with respect to the import/export of all bio-materials, and due to the absence of clear rules, especially for these unusual "materials", the local customs authorities did not want to assume the responsibility for releasing the goods and raised the issue to the Federal level.

Together with my colleague Wilhelmina Shavshina, who leads our customs practice in St. Petersburg, we would be glad to offer our help in monitoring the issue at both the local and federal levels and speed up the decision using our contacts. We have some ideas on how to deal with this. At the initial stage we will be happy to offer our services based on our usual hourly rates and will approximate a fee budget on a later stage of the project.

Also, we currently presume that the same authorization will be required for either temporary import or for the re-export of the exhibits; therefore it is the client's business decision whether to let the exhibits remain or to remove the bodies from Russia.

Should you have any questions, please contact me.

With best regards,

Alex.

Alexey Aronov
Senior Associate,
Head of the Moscow Customs Group
DLA Piper Rus Limited

TEL +7 (495) 221 4400 (Switchboard)
TEL +7 (495) 221 4403 (Direct)
TEL +7 (916) 918 4960 (Mobile)
FAX +7 (495) 221 4401

Sadovnicheskaya street, 82, building 2 (entrance No.7)
Moscow 115035 Russia.

_____

From: Rudnick, William A.
Sent: Wednesday, June 27, 2007 8:21 PM
To: Pacozimm@aol.com; paul@one-go-events.ru; tatyana@one-go-events.ru
Cc: tzaller@prxi.com; SteveT@jamusa.com; Aronov, Alexey; Criz, Jesse A.
Subject: RE: Bodies Revealed Russia

Alexey:

   Please see below.  Apparently, the bodies made their way in, but the paperwork was faulty.  The bodies are being held at the Pan-Belt Customs Brokerage House in St. Petersburg.  Rather than trying to get the bodies to stay in, we want to abort for now and remove the bodies from Russia.

   Please expect contact from Paul Koster, Jam's Russian partner, with additional background information.  Please let me know how I can

help.


Thanks.


_____

From: Pacozimm@aol.com [mailto:Pacozimm@aol.com]
Sent: Wednesday, June 27, 2007 10:53 AM
To: paul@one-go-events.ru; tatyana@one-go-events.ru
Cc: tzaller@prxi.com; SteveT@jamusa.com; Rudnick, William A.
Subject: Bodies Revealed Russia

Dear Paul


As per the email below, please speak to Alexy to see if he can be of assistance.


-----Original Message-----
From: Aronov, Alexey
Sent: Wednesday, June 27, 2007 10:06 AM
To: Rudnick, William A.; Lusignan-Rizhinashvili, Constantine; Kramer, William
Cc: Criz, Jesse A.
Subject: RE: Importation of Bodies into Russia

William,

We will try to help. As Constantine mentioned in his e-mail below,
import/export of biological materials has recently become a headache
even for medical and scientific institutions, therefore we expect
difficulties with this issue.

Prior to offer our help to the client I need to talk (if possible) to
Russian partner of Jam Exhibitions in order to clarify what documents do
they have, and what did they actually submitted to Russian Health
Ministry.

I would appreciate if you check with the client and send me the contract
details, if possible.

Have a nice day,

Alexey Aronov
Senior Associate,
Head of the Moscow Customs Group
DLA Piper Rus Limited

TEL +7 (495) 221 4400 (Switchboard)
TEL +7 (495) 221 4403 (Direct)
TEL +7 (916) 918 4960 (Mobile)
FAX +7 (495) 221 4401


_____

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .

----------------------------------------------------------------------------

This email is from the Saint Petersburg Branch of DLA Piper Rus Limited.

The contents of this email and any attachments are confidential to the intended recipient. They may not be disclosed to or used by or copied in any way by anyone other than the intended recipient. If this email is received in error, please contact DLA Piper Rus Limited (Saint Petersburg) on +7-812-703-7801 quoting the name of the sender and the email address to which it has been sent and then delete it.

Please note that neither DLA Piper Rus Limited nor the sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this email and any attachments.

DLA Piper Rus Limited is a company registered in England and Wales (registered number 5234777) whose registered office is at 3 Noble Street, London EC2V 7EE, which provides services from offices in the Russian Federation.

DLA Piper Rus Limited is a member of DLA Piper, a global legal services organisation, the members of which are separate and distinct legal entities. For further information, please refer to www.dlapiper.com.

----------------------------------------------------------------------------