EXHIBIT N

**Jon Werner**

| | |
|---|---|
| **From:** | Ton Jumelet [ton@jvlaw.nl] |
| **Sent:** | Thursday, November 29, 2007 10:16 AM |
| **To:** | Kirk Lyons; jwerner@lyons-flood.com |
| **Subject:** | FW: Bodies Catalogue |

From: Judy Geller [mailto:jgeller@prxi.com]
Sent: Thursday, June 21, 2007 11:03 PM
To: Alexander Serdukoff
Cc: Gemmie Dayrit
Subject: Bodies Catalogue

Hi Alex,

Sorry I left before thanking you for all your help while I was in St.
Petersburg.  Hopefully, we will be working together again soon. When we parted there was still one label (Please Do Not Touch) that was in need of adjustment.  As soon as things are on track again, we will send that adjusted label on to you.

Could I ask you please to send me the Russian translation of the catalogue in digital form?  We never received it in a digital format because, as you know, we were working in PDFs to make the catalogue adjustments and the corrections.

It is important for us to have a digital version for our library.

Again, let me tell you how nicely the catalogue turned out. It was due to your attention to detail and hard work--so thanks for that as well.

All the best,

Judy

--
Judith B. Geller
Special Projects
Premier Exhibitions, Inc.
Direct Line:    404.842.2672
Cell:   404.944.3694
www.bodiestheexhibition.com



ЧЕЛОВЕК УЛЫБНУЛСЯ
РАБОТАЮТ
**17 МЫШЦ**

ЧЕЛОВЕК НАХМУРИЛСЯ
РАБОТАЮТ
**43 МЫШЦЫ**

**УЛЫБАЙТЕСЬ!**

www.humanbody.ru

# THE HUMAN BODY

**УВИДЕТЬ, ЧТОБЫ ПОНЯТЬ**

Культурно-выставочный центр "ЕВРАЗИЯ"
Санкт-Петербург, Лесной пр., 65 кор.8
**ст. метро "ЛЕСНАЯ"**

28·05·2007





ЧЕЛОВЕК УЛЫБНУЛСЯ
РАБОТАЮТ

**17 МЫШЦ**

ЧЕЛОВЕК НАХМУРИЛСЯ
РАБОТАЮТ

**43 МЫШЦЫ**

**УЛЫБАЙТЕСЬ!**

www.humanbody.ru

# THE HUMAN BODY

УВИДЕТЬ, ЧТОБЫ ПОНЯТЬ

Культурно-выставочный центр "ЕВРАЗИЯ"
Санкт-Петербург, Лесной пр.
**ст. метро "Лесная"**

28.05.2007





Большая Конюшенная ул./ супермаркет "ДЛТ" - 3 (SPCF0541A4)

THE HUMAN BODY
www.humanbody.ru

ЧЕЛОВЕК УЛЫБНУЛСЯ
РАБОТАЮТ
17 МЫШЦ

ЧЕЛОВЕК НАХМУРИЛСЯ
РАБОТАЮТ
43 МЫШЦЫ

УЛЫБАЙТЕСЬ!



416507

Большая Морская ул.22 / ювелирный магазин "яхонт" (SPCF1463b)



Большая Морская ул.40 (SPCF1245B)

416507





