# EXHIBIT O

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:29 AM
**To:** Ton Jumelet
**Subject:** FW: Message (attached?)

**From:** <Pacozimm@aol.com>
**Date:** Thu, 19 Jul 2007 15:59:33 EDT
**To:** <paul@one-go-events.ru>
**Subject:** Re: Message (attached?)

In a message dated 7/19/2007 3:54:55 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Did you forget to push 'enter'? :-)
> Nothing received....
> Pk

This is extremely confidential
You and Sergy only

Get a sneak peek of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .

-----------------
Forwarded Message:

**Subj: St Petersburg Expenses**
Date: 7/19/2007 2:05:01 P.M. Eastern Daylight Time
From: mnorman@cpicanada.ca
To: SteveT@jamusa.com, Pacozimm@aol.com
*Sent from the Internet (Details) <aolmsg://039e5028/inethdr/2>*

Arnie,

Our position is that all of these expenses are 100% the responsibility of Premier however in deference to our long standing and future business relationship we would make the following offer:

Proposed CPI/JAM settlement

Potential expenses from St. Petersburg   One Go +JAM/CPI out of pocket  show specific expenses   $600,000
                                         Premier out of pocket show specific expenses   $200,000
                                         Premier legal bills                            $TBA

Only One Go + JAM/CPI and Premier out of pocket expenses will be considered - estimated total $800,000.

1) Premier immediately returns the CPI/JAM guarantee of $380,000
2) JAM/CPI will pay 40% of the expenses $320,000,
3) Premier will pay 60% of the expense $480,000
4) One GO will immediately reimbursed what they have actually spent $360,000

In that JAM/CPI has the opportunity to recover these lost expenses and its anticipated profit Premier agrees that CPI/JAM will be given the territory of Russia or alternative cities if it is determined that we should not or

can not do any further business in Russia on a guarantee of $500K per market plus 50/50 going to a 70/30

Let's conclude this today so that we can mover forward with paying the bills

Kind Regards


Mark Norman
President, Global Touring
Concert Productions International
10 Alcorn Avenue, Suite 304
Toronto, Ontario, Canada  M4V 3A9
Tel:  416 323 2727 / Fax:  416 922 1498
mnorman@cpicanada.ca

---

Get a sneak peek of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:31 AM
**To:** Ton Jumelet
**Subject:** FW: Settlement

**From:** <Pacozimm@aol.com>
**Date:** Tue, 24 Jul 2007 11:24:00 EDT
**To:** <paul@one-go-events.ru>
**Cc:** <sek@onego.nl>
**Subject:** Re: Settlement

I know you are frustrated as I am as well.
The final step is getting Premier to sign the settlement agreement we put forth.
I had hoped they would complete this yesterday.
They have not.
As soon as they execute the settlement we will transfer they money.
Otherwise we loose all leverage with Premier and our future is non existent.
I will keep you advised
P

Get a sneak peek of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .