# EXHIBIT P

## Jon Werner

**From:** Paul Koster [paul@one-go-events.ru]
**Sent:** Thursday, November 29, 2007 8:31 AM
**To:** Ton Jumelet
**Subject:** FW: Settlement

**From:** <Pacozimm@aol.com>
**Date:** Tue, 24 Jul 2007 13:30:21 EDT
**To:** <paul@one-go-events.ru>
**Cc:** <sek@onego.nl>
**Subject:** Re: Settlement

In a message dated 7/24/2007 1:23:58 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Paco,
>
> We didn't expect this kind of answer….no excuses are left.
> Pk & SK

The bottom line is you will be reimbursed.
There are no excuses.

---

Get a sneak peek of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .

## MEMO

| | | |
|---|---|---|
| Present / from | Paul Koster | paul@one-go-events.ru |
| Not present | (-) | |
| Date | 31st, of July 2007 | |
| Subject | relevant mails received form Paco Zimmer over the last two weeks | |
| Cc | Sergey Kremenskiy | |

To: Mark O'Neil

In a message dated 7/18/2007 3:43:03 A.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Hi Paco,
>
> Will call you in the morning (your time), as I explained to you yesterday:
> we are facing (today) additional penalties from Global Point. It was not
> necessary, if the money would have been on our account and we could have
> paid our standing bills. Need to discuss the current situation with you!
>
> I will try to invite Sergey as well to join us on the phone.
> Pk

I need a final response from Premier on expenses
They have had two days to look at them and OK
I thought I had it yesterday but they said they would call back after discussion.
They did not
I will advise about the penalties

In a message dated 7/18/2007 3:49:50 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Hi Paco,
>
> I really hope you spoke to the accountant of Premier.
>
> Fill me in on the details, as promised earlier tonight, and what

One-Go Events                                                                                    1

> amount will
> be transfered/wired now and by whom to our Dutch bank number.

Please confirm.

The situation is as follows,

We are negotiating with Premier on the amount and terms of the overall expenses. As soon as that has been finalized we will send the reimbursement for the expenses paid to date. I can confirm the amount tomorrow. We understand the urgency and the pressure you are under but I ask that you be patient beyond your threshold.

Thanks
P




In the end we will make the best of a bad situation together.


P



In a message dated 7/18/2007 4:42:46 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Do I have a choice? All are costs, It's simple.
> I'm just hoping, we will not be in big trouble tomorrow
> with Global Point and the 'back up' I left.
> I'm a day ahead in St.Petersburg. It's a big disadvantage,
> right now. Maybe, you can finish the negotiations 'tonight'
> my time. Would save a lot of hassle.
> Pk

The timing I can not guarantee.
But as stated "we intend to make this a positive"
Either way I will call you in the morning to update you


This is extremely confidential
You and Sergy only



One-Go Events                                                      2

Get a sneak peek of the all-new AOL.com
<http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF000200
00000982> .

**From:** Mark Norman <mnorman@cpicanada.ca>
**Date:** Thu, 19 Jul 2007 14:03:42 -0400
**To:** <SteveT@jamusa.com>, <Pacozimm@aol.com>
**Conversation:** St Petersburg Expenses
**Subject:** St Petersburg Expenses

Arnie,

Our position is that all of these expenses are 100% the responsibility of Premier however in deference to our long standing and future business relationship we would make the following offer:

Proposed CPI/JAM settlement

Potential expenses from St. Petersburg   One Go +JAM/CPI out of pocket show specific expenses         $600,000
                                         Premier out of pocket show specific expenses   $200,000
                                         Premier legal bills            $TBA

Only One Go + JAM/CPI and Premier out of pocket expenses will be considered - estimated total $800,000.

1)   Premier immediately returns the CPI/JAM guarantee of $380,000
2)   JAM/CPI will pay 40% of the expenses $320,000.

One-Go Events                                                        3

3) Premier will pay 60% of the expense $480,000

4) One GO will immediately reimbursed what they have actually spent $360,000

In that JAM/CPI has the opportunity to recover these lost expenses and its anticipated profit Premier agrees that CPI/JAM will be given the territory of Russia or alternative cities if it is determined that we should not or can not do any further business in Russia on a guarantee of $500K per market plus 50/50 going to a 70/30

Let's conclude this today so that we can mover forward with paying the bills

Kind Regards

Mark Norman
President, Global Touring
Concert Productions International
10 Alcorn Avenue, Suite 304
Toronto, Ontario, Canada  M4V 3A9
Tel: 416 323 2727 / Fax: 416 922 1498
mnorman@cpicanada.ca

In a message dated 7/23/2007 5:03:21 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Dear Paco,
>
> Can we expect anything (today) as promised?
> Pk

Nothing yet
I will advise
The only thing I can assure you is that it will happen soon.
I have expressed the urgency regarding this

*I know you are frustrated as I am as well.*

The final step is getting Premier to sign the settlement agreement we put forth.

I had hoped they would complete this yesterday.

They have not.

As soon as they execute the settlement we will transfer they money.

Otherwise we loose all leverage with Premier and our future is non existent.

I will keep you advised

P


In a message dated 7/24/2007 1:23:58 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> Paco,
>
> We didn't expect this kind of answer....no excuses are left.
> Pk & SK

The bottom line is you will be reimbursed.

There are no excuses.


In a message dated 7/25/2007 6:40:47 P.M. Eastern Daylight Time, paul@one-go-events.ru writes:

> professional level with the press.

Sorry for the late reply. Premier has not yet signed the agreement but it appears that it is imminent.
As soon as this is accomplished you will receive the transfer. As far as the press release is concerned, it is official that the exhibition will not be in St Petersburg and should be communicated to the press. Normally Premier would issue the release but in this case they are concerned about themselves and have not responded to the request for a release.

There is no word from Premier re customs situation.

I will let you know as soon as there is some news.

In a message dated 7/30/2007 11:59:54 A.M. Eastern Daylight Time, paul@one-go-events.ru writes:

Hi Paco,

We were hopeful though the weekend, but -as it seems to be now- unlucky.

Would like to ask you once more, THE question: when will we be paid?
I sincerely hope it will be before August 1st.
Waiting for your quick response,
Pk

Premier has not signed off as they fear they will loose the BODIES that are currently in customs.
I am waiting for an update this morning.
Can you ask Tatyana to send me all her emails with Premier regarding the shipping and customs?

One-Go Events