

**DLA PIPER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07

**DLA Piper US LLP**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Megan Shea Harwick
megan.shea@dlapiper.com
T  212.335.4564
F  212.884.8564

January 2, 2008

## MEMO ENDORSED



BY HAND DELIVERY

The Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18B
New York, NY 10007

Re:  <u>One-Go-Events Benelux BV, v. Jam Exhibitions, LLC</u>, 07 Civ. 8185 (PKL)

Dear Judge Leisure:

  We are counsel to Defendant Jam Exhibitions, LLC ("Jam") in the above referenced matter. We write to request an adjournment of the briefing schedule for Jam's motion to dismiss Plaintiff One-Go-Events Benelux BV's ("One-Go") complaint pending the Court's determination of One-Go's cross-motion to amend the complaint.

  On December 20, 2007, One-Go filed and served its opposition to Jam's motion to dismiss the complaint as well as a cross-motion to amend the complaint. One-Go's opposition to the motion to dismiss incorporates entirely the allegations contained in its proposed amended complaint. For this reason, Jam seeks an adjournment of the motion to dismiss briefing pending the Court's determination of One-Go's motion to amend. Counsel for One-Go has consented to the adjournment. Jam intends to file an opposition to One-Go's motion to amend the complaint tomorrow, January 3, 2008.

  We thank you for your attention to this matter.



Hon. Peter K. Leisure
January 2, 2008
Page Two

                                              Respectfully,

                                              Megan Shea Harwick

cc:    Kirk M. Lyons, Esq. (Via Email) (klyons@lyons-flood.com)
         Jon Werner, Esq. (Via Email) (jwerner@lyons-flood.com)
         William A. Rudnick, Esq. (Via Email) (william.rudnick@dlapiper.com)

```
Defendant's request to adjourn         briefing on the motion to
dismiss pending this Court's determination of Plaintiff's motion
to amend the complaint is GRANTED.

SO ORDERED.
New York, New York
January 3, 2008
```

                                                       U.S.D.J.