LYONS & FLOOD, LLP

ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____         │
│ DATE FILED:  1 | 11 | 68         │
└─────────────────────────────────┘
```

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

# MEMO ENDORSED

January 10, 2008

**BY MESSENGER**

```
┌─────────────────────────────────┐
│          RECEIVED                │
│         CHAMBERS OF              │
│                                  │
│         JAN 1 1 2008             │
│                                  │
│       PETER K. LEISURE           │
│          USDJ/SDNY               │
└─────────────────────────────────┘
```

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl St., Room 1910
New York, NY 10007

Re:   One Go Events Benelux BV v. Jam Exhibitions, LLC
      07 Civ. 8185 (PKL)
      Our file: 2641002

Dear Judge Leisure:

We are attorneys for plaintiff in this breach of contract action and write to request a short extension of the time to file reply papers to defendant's opposition to our cross-motion for leave to amend the Complaint.

Under the current schedule agreed to by the parties, the reply papers are due to be submitted today. However, the parties are in the late stages of reaching a full settlement, and are currently negotiating the particulars of a draft settlement agreement that has been circulated.

Accordingly, in the interest of efficiency, plaintiff respectfully requests that it be permitted to file its reply papers on Wednesday, January 16, 2008. It is plaintiff's hope and expectation that by that time a final settlement will have been reached and thus, the reply papers will not need to be filed.

NEW JERSEY OFFICE:
    1495 MORRIS AVENUE
    UNION, NJ 07083
    TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
    9 COVENTRY LANE
    RIVERSIDE, CT 06878
    TEL: (203) 661-2355   FAX: (203) 661-2577

We have conferred with defendant's counsel regarding this request, but they have declined to consent to this adjournment, stating only that "[m]y client does not agree to the extension on the briefing."

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By:  Jon Werner

**BY E-MAIL**                    **megan.shea@dlapiper.com**

cc:     DLA Piper US LLP
        1251 Avenue of the Americas
        New York, New York 10020

        Attn:   Megan Shea Harwick, Esq.

U:\kmhldocs\2641002\Correspondence\leisure 03 ltr.doc

SO ORDERED

USDJ  1/11/08