```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONE-GO-EVENTS BENELUX BV,                                    ECF CASE

                Plaintiff,

- against -                                                  07 Civ. 8185 (PKL)

JAM EXHIBITIONS, LLC,

                Defendant.
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties herein have settled their claims in this action; it is hereby

STIPULATED AND AGREED by and between the parties herein through their undersigned attorneys that the action is hereby dismissed with prejudice and without costs pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 1, 2008

| | |
|---|---|
| LYONS & FLOOD, LLP | DLA PIPER US LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ONE-GO-EVENTS BENELUX BV | JAM EXHIBITIONS, LLC |
| By: _____ (7/1/08) | By: _____ (7/1/08) |
| Kirk M. Lyons (KL-1568) | Megan Shea Harwick (MH-4372) |
| 65 West 36th St., 7th Floor | 1251 Avenue of the Americas |
| New York, NY 10018 | New York, NY 10020 |

Defendant's motion to dismiss and plaintiff's cross-motion for leave to file an amended complaint are hereby deemed moot.

SO ORDERED.
New York, New York
July 7, 2008

                                                         _____
                                                         U.S.D.J.